# EXHIBIT A

# INVOICE

**Veritext  New York Reporting Co.,**
**A Veritext  Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY178274 |
| Invoice Date: | 07/27/2007 |
| Balance Due: | $1,904.95 |

| | |
|---|---|
| **Case:** | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| **Job #:** | 152823   \| Job Date: 7/12/2007   \| Delivery:   Expedited |
| **Billing Atty:** | **Christopher D Dusseault Esq** |
| **Location:** | Furth Lehmann & Grant LLP |
| | 225 Bush Street, 15th Floor \| San Francisco, CA 94104 |


*900419308*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | William Bednarski | Transcript - copy | Page | 371.00 | $2.50 | $927.50 |
| 2 | | Transcript - Rough ASCII | Page | 371.00 | $1.95 | $723.45 |
| 3 | | Exhibit scanning | Per page | 320.00 | $0.60 | $192.00 |
| 4 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 5 | | Shipping & handling | Package | 1.00 | $32.00 | $32.00 |

| | |
|---|---|
| Invoice Total: | $1,904.95 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,904.95 |

Notes:

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please tear off stub and return with payment.**

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card #                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY178274 |
| Job #: | 152823 |
| Invoice Date: | 07/27/2007 |
| Balance : | $1,904.95 |

**Please remit payment to:**
**Veritext  New York Reporting Co.,**
**200 Old Country Road, Suite 580**
**Mineola, NY 11501**

30

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

**Invoice #:** NY181113
**Invoice Date:** 08/20/2007
**Balance Due:** $1,943.80

**Case:** Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p.
**Job #:** 154973 | Job Date: 8/8/2007 | Delivery: Expedited
**Billing Atty:** Christopher D Dusseault Esq
**Location:** Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor | San Francisco, CA 94104



\* 9 0 0 4 1 9 3 0 6 \*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Brent Boucher | Transcript - copy | Page | 328.00 | $2.50 | $820.00 |
| 2 | | Fee For Expedited Service | Per page | 328.00 | $1.00 | $328.00 |
| 3 | | Transcript - Rough ASCII | Page | 328.00 | $1.95 | $639.60 |
| 4 | | Exhibit scanning | Per page | 147.00 | $0.60 | $88.20 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 6 | | Shipping & handling – Express Delivery | | 1.00 | $38.00 | $38.00 |

|  |  |
|---|---|
| **Invoice Total:** | $1,943.80 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,943.80 |

**Notes:**

**Fed. Tax ID:** 20-3132569       **Term:** Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

**Invoice #:** NY181113
**Job #:** 154973
**Invoice Date:** 08/20/2007
**Balance:** $1,943.80

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

31

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY179145 |
| Invoice Date: | 08/02/2007 |
| Balance Due: | $1,881.15 |

| | |
|---|---|
| **Case:** | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| **Job #:** | 153182   \|  Job Date: 7/18/2007   \|  Delivery:  Normal |
| **Billing Atty:** | Christopher D Dusseault Esq |
| **Location:** | Shapiro Haber & Urmy |
| | 53 State Street \| Boston, MA 02109 |



*900419302*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Armin Cline | Transcript - copy | Page | 343.00 | $2.50 | $857.50 |
| 2 | | Transcript - Rough ASCII | Page | 343.00 | $1.95 | $668.85 |
| 3 | | Exhibit scanning | Per page | 488.00 | $0.60 | $292.80 |
| 4 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 5 | | Shipping & handling | Package | 1.00 | $32.00 | $32.00 |

| | | |
|---|---|---|
| **Notes:** | Invoice Total: | $1,881.15 |
| | Payment: | |
| | Credits: | |
| | Interest: | $0.00 |
| | Balance Due: | $1,881.15 |

Fed. Tax ID: 20-3132569.      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY179145 |
| **Job #:** | 153182 |
| **Invoice Date:** | 08/02/2007 |
| **Balance :** | $1,881.15 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Carol M Silberberg Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY178266 |
| Invoice Date: | 07/27/2007 |
| Balance Due: | $1,945.65 |

**Case:** Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.P.
**Job #:** 153186 | Job Date: 7/19/2007 | Delivery: Normal
**Billing Atty:** Carol M Silberberg Esq
**Location:** Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor | San Francisco, CA 94104



*900419285*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Brian Earp | Transcript - copy | Page | 397.00 | $2.50 | $992.50 |
| 2 | | Transcript - Rough ASCII | Page | 397.00 | $1.95 | $774.15 |
| 3 | | Exhibit scanning | Per page | 195.00 | $0.60 | $117.00 |
| 4 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 5 | | Shipping & handling | Package | 1.00 | $32.00 | $32.00 |

| | |
|---|---|
| Invoice Total: | $1,945.65 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,945.65 |

**Notes:**

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

| | |
|---|---|
| Invoice #: | NY178266 |
| Job #: | 153186 |
| Invoice Date: | 07/27/2007 |
| Balance : | $1,945.65 |

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____     Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Please remit payment to:**
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

33

# INVOICE

### Veritext New York Reporting Co.,
### A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| **Invoice #:** | NY179820 |
| **Invoice Date:** | 08/08/2007 |
| **Balance Due:** | $1,950.90 |

| | |
|---|---|
| **Case:** | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| **Job #:** | 153198   **Job Date:** 7/25/2007   **Delivery:** Expedited |
| **Billing Atty:** | Christopher D Dusseault Esq |
| **Location:** | Lockridge Grindal Nauen PLLP |
| | 100 Washington Ave. South \| Suite 2200 \| Minneapolis, MN 55401- |

*900419296*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Doris Engibous | Transcript - copy | Page | 278.00 | $2.50 | $695.00 |
| 2 | | Fee For Expedited Service | Per page | 278.00 | $1.00 | $278.00 |
| 3 | | Transcript - Rough ASCII | Page | 278.00 | $1.95 | $542.10 |
| 4 | | Exhibit scanning | Per page | 613.00 | $0.60 | $367.80 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 6 | | Shipping & handling -- Express Delivery | | 1.00 | $38.00 | $38.00 |

| | |
|---|---|
| **Invoice Total:** | $1,950.90 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,950.90 |

**Notes:**

Fed. Tax ID: 20-3132569          **Term:** Net 30

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please tear off stub and return with payment.*

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

| | |
|---|---|
| **Invoice #:** | NY179820 |
| **Job #:** | 153198 |
| **Invoice Date:** | 08/08/2007 |
| **Balance :** | $1,950.90 |

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

34

# INVOICE

### Veritext New York Reporting Co.,
### A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY176559 |
| Invoice Date: | 07/13/2007 |
| Balance Due: | $2,333.80 |

| | |
|---|---|
| Case: | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| Job #: | 151577 | Job Date: 6/26/2007 | Delivery: Expedited |
| Billing Atty: | Christopher D Dusseault Esq |
| Location: | Brownstein Hyatt Farber Schreck |
| | 410 17th Street | Suite 2200 | Denver, CO 80202 |



* 9 0 0 4 1 9 2 4 1 *

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | David Lindstrand | Transcript - copy | Page | 388.00 | $2.50 | $970.00 |
| 2 | | Transcript - Rough ASCII | Page | 388.00 | $1.95 | $756.60 |
| 3 | | Fee For Expedited Service | Per page | 388.00 | $1.00 | $388.00 |
| 4 | | Exhibit scanning | Per page | 262.00 | $0.60 | $157.20 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 6 | | Shipping & handling | Package | 1.00 | $32.00 | $32.00 |

| | |
|---|---|
| Invoice Total: | $2,333.80 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $2,333.80 |

Notes: Subsequent client request

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

| | |
|---|---|
| Invoice #: | NY176559 |
| Job #: | 151577 |
| Invoice Date: | 07/13/2007 |
| Balance : | $2,333.80 |

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____     Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

35

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| **Invoice #:** | NY179989 |
| **Invoice Date:** | 08/09/2007 |
| **Balance Due:** | $2,055.60 |

| | |
|---|---|
| **Case:** | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| **Job #:** | 153194  |  Job Date: 7/27/2007  |  Delivery: Expedited |
| **Billing Atty:** | Christopher D Dusseault Esq |
| **Location:** | Furth Lehmann & Grant LLP |
| | 225 Bush Street, 15th Floor | San Francisco, CA 94104 |



\* 9 0 0 4 1 9 2 8 1 \*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Paul Mannheimer | Transcript - copy | Page | 344.00 | $2.50 | $860.00 |
| 2 | | Fee For Expedited Service | Per page | 344.00 | $1.00 | $344.00 |
| 3 | | Transcript - Rough ASCII | Page | 344.00 | $1.95 | $670.80 |
| 4 | | Exhibit scanning | Per page | 188.00 | $0.60 | $112.80 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 6 | | Shipping & handling – Express Delivery | | 1.00 | $38.00 | $38.00 |

| | |
|---|---|
| **Invoice Total:** | $2,055.60 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,055.60 |

**Notes:**

Fed. Tax-ID: 20-3132569 — — · — ·  **Term: Net 30**

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

---

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD) _____

PRINT NAME (AS IT APPEARS ON CREDIT CARD) _____

DAYTIME PHONE _____

| | |
|---|---|
| **Invoice #:** | NY179989 |
| **Job #:** | 153194 |
| **Invoice Date:** | 08/09/2007 |
| **Balance :** | $2,055.60 |

**Please remit payment to:**
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| **Invoice #:** | NY180762 |
| **Invoice Date:** | 08/16/2007 |
| **Balance Due:** | $2,068.55 |

**Case:** Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p.
**Job #:** 153216 | **Job Date:** 8/3/2007 | **Delivery:** Expedited
**Billing Atty:** Christopher D Dusseault Esq
**Location:** Brownstein Hyatt Farber Schreck
410 17th Street | Suite 2200 | Denver, CO 80202

*9 0 0 4 1 9 3 0 0*

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Lesley Miller | Transcript - copy | Page | 351.00 | $2.50 | $877.50 |
| 2 | | Fee For Expedited Service | Per page | 351.00 | $1.00 | $351.00 |
| 3 | | Transcript - Rough ASCII | Page | 351.00 | $1.95 | $684.45 |
| 4 | | Exhibit scanning | Per page | 146.00 | $0.60 | $87.60 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 6 | | Shipping & handling -- Express Delivery | | 1.00 | $38.00 | $38.00 |

| | |
|---|---|
| **Invoice Total:** | $2,068.55 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,068.55 |

**Notes:**

Fed. Tax ID: 20-3132569- | **Term:** Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection cos including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa ☐ MC ☐ Amex ☐ Discover

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY180762 |
| **Job #:** | 153216 |
| **Invoice Date:** | 08/16/2007 |
| **Balance:** | $2,068.55 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

37

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY173315 |
| Invoice Date: | 06/19/2007 |
| Balance Due: | $818.00 |

| | |
|---|---|
| Case: | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| Job #: | 150327   \| Job Date: 6/7/2007   \| Delivery: Expedited |
| Billing Atty: | Christopher D Dusseault Esq |
| Location: | Furth Lehmann & Grant LLP |
| | 225 Bush Street, 15th Floor \| San Francisco, CA 94104 |

**\* 9 0 0 4 1 9 2 4 4 \***

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Cheryl Palange | Transcript - copy | Page | 270.00 | $2.50 | $675.00 |
| | Exhibit scanning | Per page | 125.00 | $0.60 | $75.00 |
| | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| | Shipping & handling – Express Delivery | | 1.00 | $38.00 | $38.00 |

| | | |
|---|---|---|
| Notes: | This is an amended invoice to replace NY172764 | |
| | Invoice Total: | $818.00 |
| | Payment: | |
| | Credits: | |
| | Interest: | $0.00 |
| | Balance Due: | $818.00 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 114 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| Make check payable to: | Veritext New York Reporting Co. |
|---|---|

☐ Visa    ☐ MC    ☐ Amex    ☐ Discover

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY173315 |
| Job #: | 150327 |
| Invoice Date: | 06/19/2007 |
| Balance : | $818.00 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

38

# Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| Invoice #: | NY173318 |
| Invoice Date: | 06/19/2007 |
| Balance Due: | $985.90 |



Case: Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p.
Job #: 149589 | Job Date: 5/31/2007 | Delivery: Expedited
Billing Atty: Christopher D Dusseault Esq
Location: Berry & Maxson LLC
100 Chesterfield Business Parkway | Suite 200 | St Louis, MO 63005

*900419250*

| Witness | Description | Units | Qty | Price | Amount |
|---------|-------------|-------|-----|-------|--------|
| Laura Pallett | Transcript - copy | Page | 287.00 | $2.50 | $717.50 |
| | Exhibit scanning | Per page | 334.00 | $0.60 | $200.40 |
| | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| | Shipping & handling ☐ Express Delivery | | 1.00 | $38.00 | $38.00 |

Notes: This is an amended invoice to replace NY172623

| | |
|---|---|
| Invoice Total: | $985.90 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $985.90 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 114 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

Make check payable to:    Veritext New York Reporting Co.

☐ Visa    ☐ MC    ☐ Amex    ☐ Discover

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| Invoice #: | NY173318 |
| Job #: | 149589 |
| Invoice Date: | 06/19/2007 |
| Balance: | $985.90 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

39

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY180001 |
| Invoice Date: | 08/09/2007 |
| Balance Due: | $1,935.25 |

| | |
|---|---|
| **Case:** | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| **Job #:** | 153210  \|  **Job Date:** 7/31/2007  \|  **Delivery:** Expedited |
| **Billing Atty:** | **Christopher D Dusseault Esq** |
| **Location:** | Furth Lehmann & Grant LLP |
| | 225 Bush Street, 15th Floor \| San Francisco, CA 94104 |


\* 9 0 0 4 1 9 2 9 3 \*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Daniel Roth | Transcript - copy | Page | 297.00 | $2.50 | $742.50 |
| 2 | | Fee For Expedited Service | Per page | 297.00 | $1.00 | $297.00 |
| 3 | | Transcript - Rough ASCII | Page | 297.00 | $1.95 | $579.15 |
| 4 | | Exhibit scanning | Per page | 361.00 | $0.60 | $216.60 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 6 | | Shipping & handling – Express Delivery | | 1.00 | $38.00 | $38.00 |
| 7 | | Shipping & handling | Package | 1.00 | $32.00 | $32.00 |
| | | | | | **Invoice Total:** | **$1,935.25** |
| | | | | | Payment: | |
| | | | | | Credits: | |
| | | | | | Interest: | $0.00 |
| | | | | | **Balance Due:** | **$1,935.25** |

**Notes:**

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY180001 |
| Job #: | 153210 |
| Invoice Date: | 08/09/2007 |
| Balance: | $1,935.25 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# INVOICE

## Veritext New York Reporting Co.,
### A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| **Invoice #:** | NY179833 |
| **Invoice Date:** | 08/08/2007 |
| **Balance Due:** | $2,481.55 |

| | |
|---|---|
| **Case:** | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| **Job #:** | 154710 | Job Date: 8/2/2007 | Delivery: Expedited |
| **Billing Atty:** | Christopher D Dusseault Esq |
| **Location:** | Shughart Thomason & Kilroy |
| | Twelve Wyandotte Plaza | 120 W. 12thStreet | Kansas City, MO 640 |



*9004 19287*

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | David Sell | Transcript - copy | Page | 415.00 | $2.50 | $1,037.50 |
| 2 | | Fee For Expedited Service | Per page | 415.00 | $1.00 | $415.00 |
| 3 | | Transcript - Rough ASCII | Page | 415.00 | $1.95 | $809.25 |
| 4 | | Exhibit scanning | Per page | 303.00 | $0.60 | $181.80 |
| 5 | | Shipping & handling -- Express Delivery | | 1.00 | $38.00 | $38.00 |

| | |
|---|---|
| **Invoice Total:** | $2,481.55 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,481.55 |

**Notes:**

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY179833 |
| **Job #:** | 154710 |
| **Invoice Date:** | 08/08/2007 |
| **Balance:** | $2,481.55 |

Please remit payment to:
**Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501**

# INVOICE

**Veritext New York Reporting Co.**
**A Veritext Company**

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616



\* 9 0 0 4 4 8 7 0 9 \*

| | |
|---|---|
| Invoice #: | NY207830 |
| Invoice Date: | 03/12/2008 |
| Balance Due: | $1,437.50 |

Bill To: Christopher D Dusseault E
Gibson Dunn & Crutcher L.L.
333 South Grand Ave
Los Angeles, CA 90071-3197

---

**Case:** Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p.
**Job #:** 172021  |  **Job Date:** 3/4/2008  |  **Delivery:** Expedited
**Billing Atty:** Christopher D Dusseault Esq
**Location:** Bartlett & Kenyon –Tucson
5151 East Broadway | Suite # 1600 | Tucson, AZ 85711

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | | | Page | 200.00 | $3.40 | $680.00 |
| 1 | Joseph Kalt, Ph.d | Transcript - copy | Per page | 200.00 | $1.00 | $200.00 |
| 2 | | Fee For Expedited Service | Page | 200.00 | $1.95 | $390.00 |
| 3 | | Transcript - Rough ASCII | Per page | 165.00 | $0.60 | $99.00 |
| 4 | | Exhibit - copying | | 1.00 | $36.00 | $36.00 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | Package | 1.00 | $32.50 | $32.50 |
| 6 | | Shipping & handling | | | | |

| | |
|---|---|
| **Invoice Total:** | $1,437.50 |
| **Payment:** | |
| **Credits:** | $0.00 |
| **Interest:** | |
| **Balance Due:** | $1,437.50 |

**Notes:**

**Fed. Tax ID:** 20-3132569          **Term:** Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____          Exp. Date _____

_SIGNATURE (AS IT APPEARS ON CREDIT CARD)_

_PRINT NAME (AS IT APPEARS ON CREDIT CARD)_

PAYMENT OWNER

| | |
|---|---|
| **Invoice #:** | NY207830 |
| **Job #:** | 172021 |
| **Invoice Date:** | 03/12/2008 |
| **Balance:** | $1,437.50 |

**Please remit payment to:**
Veritext  New York Reporting Co.
200 Old Country Road, Suite 580
Mineola, NY 11501

42

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450



*900448706*

Bill To: Christopher D Dusseault Es
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY207896 |
| Invoice Date: | 03/12/2008 |
| Balance Due: | $1,962.60 |

| | |
|---|---|
| Case: | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| Job #: | 172020  \| Job Date: 2/28/2008  \| Delivery:  Expedited |
| Billing Atty: | Christopher D Dusseault Esq |
| Location: | Veritext Chicago Court Reporting<br>One North LaSalle Street \| 4th Floor – Suite # 400 \| Chicago, IL 6060 |



*900454660*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kevin M. Murphy | Transcript – copy | Page | 298.00 | $2.50 | $745.00 |
| 2 | | Fee For Expedited Service | Per page | 298.00 | $1.00 | $298.00 |
| 3 | | Transcript – Rough ASCII | Page | 298.00 | $1.95 | $581.10 |
| 4 | | Exhibit – copying | Per page | 450.00 | $0.60 | $270.00 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 6 | | Shipping & handling | Package | 1.00 | $32.50 | $32.50 |

| | |
|---|---|
| Invoice Total: | $1,962.60 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,962.60 |

Notes:

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____        Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  NY207896
Job #:  172020
Invoice Date: 03/12/2008
Balance : $1,962.60

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola  NY 11501

## Veritext New York Reporting Co.,
### A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY173316 |
| Invoice Date: | 06/19/2007 |
| Balance Due: | $1,091.20 |

| | |
|---|---|
| Case: | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| Job #: | 150321 | Job Date: 6/5/2007 | Delivery: Expedited |
| Billing Atty: | Christopher D Dusseault Esq |
| Location: | Garwin Gerstein & Fisher, LLP |
| | 1501 Broadway | suite 1416 | New York, NY 10036 |



`* 9 0 0 4 1 9 2 4 7 *`

| Item | | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Janusz Ordover | Transcript - copy | Page | 325.00 | $2.50 | $815.00 |
| | | Exhibit scanning | Per page | 347.00 | $0.60 | $208.20 |
| | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| | | Shipping & handling – Express Delivery | | 1.00 | $38.00 | $38.00 |
| Notes: | This is an amended invoice to replace NY172001 | | | | Invoice Total: | $1,091.20 |
| | | | | | Payment: | |
| | | | | | Credits: | |
| | | | | | Interest: | $0.00 |
| | | | | | Balance Due: | $1,091.20 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 114 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY173316 |
| Job #: | 150321 |
| Invoice Date: | 06/19/2007 |
| Balance : | $1,091.20 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

44

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

Invoice #: NY211969
Invoice Date: 04/09/2008
Balance Due: $1,793.05

| | |
|---|---|
| Case: | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| Job #: | 173677 \| Job Date: 3/21/2008 \| Delivery: Normal |
| Billing Atty: | Christopher D Dusseault Esq |
| Location: | Cohen, Milstein, Hausfeld & Toll, P.L.L.C. |
| | 150 East 52nd Street \| 13th Floor \| New York, NY 10022 |

`* 9 0 0 4 5 5 3 4 8 *`

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1. | Janusz A. Ordover | Transcript - copy | Page | 363.00 | $2.50 | $907.50 |
| 2. | | Transcript - Rough ASCII | Page | 363.00 | $1.95 | $707.85 |
| 3. | | Exhibit - copying | Per page | 182.00 | $0.60 | $109.20 |
| 4. | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 5. | | Shipping & handling | Package | 1.00 | $32.50 | $32.50 |

| | |
|---|---|
| Invoice Total: | $1,793.05 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,793.05 |

Notes:

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: NY211969
Job #: 173677
Invoice Date: 04/09/2008
Balance: $1,793.05

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

45

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Christopher D Dusseault Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY209426 |
| Invoice Date: | 03/24/2008 |
| Balance Due: | $1,079.80 |

| | |
|---|---|
| Case: | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.P. |
| Job #: | 172255 | Job Date: 3/14/2008 | Delivery: Expedited |
| Billing Atty: | Christopher D Dusseault Esq |
| Location: | Brown & Gallo Reporting |
| | 2700 Centenial Tower | 101 Marietta Street | Atlanta, GA 30303 |



*900456050*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | John Scharf, M.D. | Transcript - copy | Page | 174.00 | $2.50 | $435.00 |
| 2 | | Transcript – Rough ASCII | Page | 174.00 | $1.95 | $339.30 |
| 3 | | Fee For Expedited Service | Per page | 174.00 | $1.00 | $174.00 |
| 4 | | Exhibit - copying | Per page | 105.00 | $0.60 | $63.00 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 6 | | Shipping & handling | Package | 1.00 | $32.50 | $32.50 |

| | |
|---|---|
| Invoice Total: | $1,079.80 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,079.80 |

Notes:

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

| | |
|---|---|
| Invoice #: | NY209426 |
| Job #: | 172255 |
| Invoice Date: | 03/24/2008 |
| Balance: | $1,079.80 |

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501



**633 W. 5th Street, Suite 2800**
**Los Angeles, CA 90071**
**DepoPro, LLC   P: 213.244.9668   F: 213.559.0694**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1154 | 01/16/2007 | 01-501 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/21/2006 | HUSEBI | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND ONE COPY RE:
  Linda Arismendez    235 Pages    1,104.50
    EXHIBITS         348 Pages      191.40
    Witness Ltr/Notification          4.95                              .55
    Errata Sheet
    Condensed Transcript  60.00 Pages      33.00
    Word Index     28.00 Pages     15.40
    Appearance Fee        50.00
    Advanced Rough  235.00         411.25
    Real-time Connection 235.00 Pages   411.25
    Ship/Handle-Transcript    50.00
    Shipping Cost                                                     15.00

                                      TOTAL  DUE - >>>>        2,287.30


VIDEO CHARGES WILL BE BILLED SEPARATELY
```

TAX ID NO. : 20-3245263

(213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No. :  1154
Date        :  01/16/2007
**TOTAL DUE** :  2,287.30

Job No.   :  01-501
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:   **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

47

P A U L S O N

REPORTING & LITIGATION SERVICES INC
ACCOUNTING DEPARTMENT
555 WEST BEECH STREET, SUITE 111
SAN DIEGO CA 92101
619.239.4111 FAX 619.239.4117

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 471739 | 04/24/2007 | 72-372041 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/29/2007 | GREEKY | CV056419 |
| | **CASE CAPTION** | |

HEATHER RICHARDSON, ESQ.,
GIBSON, DUNN & CRUTCHER, LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

ALLIED vs. TYCO

**TERMS**

DUE UPON RECEIPT

| | | | |
|---|---|---|---|
| ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF: | | | |
| STEPHEN CROWDER, VOLUME II | 37 Pages @ | 5.50/Page | 203.50 |
| | 10 Pages @ | .55/Page | 5.50 |
| EXHIBITS | 4.00 @ | 5.50 | 22.00 |
| WORD INDEX | | | 84.15 |
| SHIPPING & HANDLING | | | |
| ROUGH DRAFT | 37.00 @ | 1.50 | 55.50 |
| HALF DAY PER DIEM | | | 100.00 |
| | | | |
| ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF: | | | |
| LINDA ARISMENDEZ, VOLUME II | 30 Pages @ | 5.50/Page | 165.00 |
| | 9 Pages @ | .55/Page | 4.95 |
| EXHIBITS | 4.00 @ | 5.50 | 22.00 |
| WORD INDEX | | | 71.00 |
| SHIPPING & HANDLING | | | |
| ROUGH DRAFT | 30.00 @ | 1.50 | 45.00 |
| MINIMUM BILLING | | | 38.00 |
| MINIMUM BILLING | | | n/c |

TOTAL DUE >>>> 816.60

AFTER 05/24/2007 PAY 898.26

A CONDENSED TRANSCRIPT & ASCII
WERE PROVIDED AT NO CHARGE.

FOR PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON CHECK.

TAX ID NO.: 20-4667049                    (213) 229-7000   Fax (213) 229-7025

48

# I N V O I C E

DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
(213) 244-9668   Fax (213) 559-0694

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1193 | 01/31/2007 | 01-525 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/17/2007 | ALEXNY | CV05-6419 |
| | CASE CAPTION | |
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |
| | TERMS | |
| Net 30 | | |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Stephen Crowder   220 Pages      1,243.00
      EXHIBITS     170 Pages        93.50
      Witness Ltr/Notification       4.95                              .55
      Errata Sheet
      Condensed Transcript  56.00 Pages    30.80
      Word Index  36.00 Pages      19.80
      MinEx  42.00 Pages      31.50
      Appearance Fee      135.00
      Advanced Rough 220.00           330.00
      Ship/Handle-Transcript      50.00                            15.00
      Shipping Cost

                                           TOTAL  DUE  >>>>      1,954.10


  VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE
```

(213) 229-7000

TAX ID NO.: 20-3245263

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.:  1193
Date      :  01/31/2007
**TOTAL DUE** :   **1,954.10**


Job No.   :  01-525
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:   **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

49

P A U L S O N

REPORTING & LITIGATION SERVICES INC
ACCOUNTING DEPARTMENT
555 WEST BEECH STREET, SUITE 111
SAN DIEGO, CA 92101
619.239.4111 FAX 619.239.4117

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 472042 | 04/30/2007 | 72-372042 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/29/2007 | GREEKY | CV056419 |

**CASE CAPTION**

HEATHER RICHARDSON, ESQ.,
GIBSON, DUNN & CRUTCHER, LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

ALLIED vs. TYCO

**TERMS**

DUE UPON RECEIPT

```
ONE CERTIFIED COPY OF THE DEPOSITION OF:
   STEPHEN CROWDER, VOLUME II        10 Pages @    .55/Page        5.50
        EXHIBITS                                                  50.00
        ADDITIONAL COPY                                           50.00
        HANDLING                                                  35.00
        E-DEPO CD                                                  5.00
        ARCHIVAL                                                   7.50
        10% LCO EXPEDITE FEE

ONE CERTIFIED COPY OF THE DEPOSITION OF:
   LINDA ARISMENDEZ, VOLUME II        9 Pages @    .55/Page        4.95
        EXHIBITS                                                  50.00
        ADDITIONAL COPY                                           74.19
        SHIPPING & HANDLING                                        5.00
        ARCHIVAL                                                  35.00
        E-DEPO CD                                                  7.50
        10% LCO EXPEDITE FEE


                     TOTAL  DUE  >>>>              329.64

               AFTER 05/30/2007 PAY                362.60
```

COPIES ORDERED ON: 04/13/2007

FOR PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON CHECK.

TAX ID NO.: 20-4667049                    (213) 229-7000   Fax (213) 229-7025

50

# INVOICE



633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

DepoPro
DepoPro, LLC

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1173 | 01/31/2007 | 01-523 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/15/2007 | ALEXNY | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Giuseppe Galati    158 Pages      892.70
      EXHIBITS      89 Pages      48.95
      Witness Ltr/Notification       4.95
      Errata Sheet                                       .55
      Condensed Transcript  41.00 Pages      22.55
      Word Index  26.00 Pages      14.30
      Appearance Fee      90.00
      Advanced Rough 158.00        237.00
      MinEx  23.00 Pages      17.25
      Ship/Handle-Transcript      50.00              15.00
      Shipping Cost

                                   TOTAL DUE  >>>>           1,393.25


VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE
```

TAX ID NO. : 20-3245263                              (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.:  1173
Date      :  01/31/2007
TOTAL DUE  :  1,393.25


Job No.   :  01-523
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:  **DepoPro, LLC**
**633 W. 5th Street, Suite 2800**
**Los Angeles, CA 90071**

51



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 471514 | 04/19/2007 | 72-372040 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/28/2007 | SULLSU | CV056419 |

CASE CAPTION

CAROL M. SILBERBERG, ESQ.
GIBSON, DUNN & CRUTCHER, LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

ALLIED vs. TYCO

TERMS

DUE UPON RECEIPT

```
ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:
    RICHARD KETCHAM              41 Pages @      5.50/Page      225.50
                EXHIBITS          9 Pages @       .55/Page        4.95
                WORD INDEX       5.00      @     5.50             27.50
                SHIPPING & HANDLING                             124.35
                E-DEPO CD                                        35.00
                ROUGH DRAFT      41.00      @    1.50             61.50

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:
✓   GIUSEPPE GALATI             36 Pages @      4.95/Page      178.20
                EXHIBITS          9 Pages @       .55/Page        4.95
                WORD INDEX       4.00      @     5.50             22.00
                SHIPPING & HANDLING                              71.00
                E-DEPO CD                                        35.00
                ROUGH DRAFT      36.00      @    1.50             54.00
                MINIMUM BILLING                                  24.80

                           TOTAL DUE  >>>>              868.75
                        AFTER 05/19/2007 PAY            955.63
```

A CONDENSED TRANSCRIPT & ASCII
WERE PROVIDED AT NO CHARGE.

FOR PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON CHECK.

TAX ID NO.: 20-4667049                    (213) 229-7000   Fax (213) 229-7025

52



**DepoPro**
DepoPro, LLC

633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1164 | 01/31/2007 | 01-521 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/11/2007 | ALEXNY | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Debra Greene    156 Pages      881.40
  EXHIBITS      110 Pages       60.50
  Witness Ltr/Notification        4.95                           .55
  Errata Sheet
  Condensed Transcript  40.00 Pages      22.00
  Word Index  27.00 Pages       14.85
  Appearance Fee        90.00
  Advanced Rough 156.00          234.00
  MinEx  28.00 Pages        21.00
  Ship/Handle-Transcript         50.00                         15.00
  Shipping Cost

                              TOTAL DUE  >>>>        1,394.25


VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE
```

(213) 229-7000

TAX ID NO. : 20-3245263

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.:  1164
Date     :  01/31/2007
**TOTAL DUE**  :  **1,394.25**

Job No.   :  01-521
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:  **DepoPro, LLC**
**633 W. 5th Street, Suite 2800**
**Los Angeles, CA 90071**

53

PAULSON

REPORTING & LITIGATION SERVICES, INC.
ACCOUNTING DEPARTMENT
585 WEST BEECH STREET, SUITE 555
SAN DIEGO, CA 92101
619.239.4111 FAX 619.239.4117

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 471554 | 04/20/2007 | 72-372041 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/23/2007 | JOHNJE | CV056419 |

| | | CASE CAPTION |
|---|---|---|

CAROL M. SILBERBERG, ESQ.
GIBSON, DUNN & CRUTCHER, LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

ALLIED vs. ALLIED

**TERMS**

DUE UPON RECEIPT

| ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF: | | | | |
|---|---|---|---|---|
| DEBRA GREENE, VOLUME II | 36 Pages @ | | 5.50/Page | 198.00 |
| EXHIBITS | 11 Pages @ | | .55/Page | 6.05 |
| WORD INDEX | 4.00 | @ | 5.50 | 22.00 |
| SHIPPING & HANDLING | | | | 94.15 |
| E-DEPO CD | | | | 35.00 |
| ROUGH DRAFT | 36.00 | @ | 1.50 | 54.00 |
| PARKING | | | | 24.50 |
| MINIMUM BILLING | | | | 5.00 |

|  | TOTAL DUE >>>> | 438.70 |
|---|---|---|
|  | AFTER 05/20/2007 PAY | 482.57 |

A CONDENSED TRANSCRIPT & ASCII
WERE PROVIDED AT NO CHARGE.

FOR PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON CHECK.
CREDIT CARD PAYMENTS ACCEPTED BY PHONE.

THANK YOU FOR YOUR BUSINESS!

---

TAX ID NO.: 20-4667049                    (213) 229-7000   Fax (213) 229-7025

*Please detach bottom portion and return with payment.*

CAROL M. SILBERBERG, ESQ.
GIBSON, DUNN & CRUTCHER, LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

Invoice No.: 471554
Date       : 04/20/2007
TOTAL DUE  :    438.70
AFTER 5/20/2007 PAY : 482.57

Job No.   : 72-372041
Case No.  : CV056419
ALLIED vs. ALLIED

Remit To:   PAULSON REPORTING & LITIGATION SERVICES, LLC.
            P O BOX 79509
            CITY OF INDUSTRY, CA 91716-9509

54



# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1171 | 01/31/2007 | 01-522 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/12/2007 | ALEXNY | CV05-6419 |
| | CASE CAPTION | |
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |
| | TERMS | |
| Net 30 | | |

DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Richard Ketcham    192 Pages     1,084.80
      EXHIBITS     150 Pages       82.50
      Witness Ltr/Notification      4.95
      Errata Sheet                                     .55
      Condensed Transcript  49.00 Pages      26.95
      Word Index  52.00 Pages        28.60
      Appearance Fee     90.00
      Advanced Rough 192.00        288.00
      MinEx  38.00 Pages        28.50
      Ship/Handle-Transcript   50.00
      Shipping Cost                                  15.00

                              TOTAL DUE  >>>>      1,699.85


   VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE
```

TAX ID NO. : 20-3245263

(213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.:  1171
Date     :  01/31/2007
TOTAL DUE  :   1,699.85


Job No.   :  01-522
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:  **DepoPro, LLC**
              **633 W. 5th Street, Suite 2800**
              **Los Angeles, CA 90071**

55

# INVOICE

PAULSON

REPORTING & LITIGATION SERVICES, INC.
ACCOUNTING DEPARTMENT
555 WEST BEECH STREET, SUITE 111
SAN DIEGO, CA 92101
619.239.4111 FAX 619.239.4117

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 471514 | 04/19/2007 | 72-372040 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/28/2007 | SULLSU | CV056419 |

**CASE CAPTION**

CAROL M. SILBERBERG, ESQ.
GIBSON, DUNN & CRUTCHER, LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

ALLIED vs. TYCO

**TERMS**

DUE UPON RECEIPT

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:

|  |  |  |  |  |
|---|---|---|---|---|
| RICHARD KETCHAM | 41 Pages @ | 5.50/Page | 225.50 |
|  | 9 Pages @ | .55/Page | 4.95 |
| EXHIBITS | 5.00 @ | 5.50 | 27.50 |
| WORD INDEX |  |  | 124.35 |
| SHIPPING & HANDLING |  |  | 35.00 |
| E-DEPO CD |  |  | 61.50 |
| ROUGH DRAFT | 41.00 @ | 1.50 |  |

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:

|  |  |  |  |  |
|---|---|---|---|---|
| GIUSEPPE GALATI | 36 Pages @ | 4.95/Page | 178.20 |
|  | 9 Pages @ | .55/Page | 4.95 |
| EXHIBITS | 4.00 @ | 5.50 | 22.00 |
| WORD INDEX |  |  | 71.00 |
| SHIPPING & HANDLING |  |  | 35.00 |
| E-DEPO CD |  |  | 54.00 |
| ROUGH DRAFT | 36.00 @ | 1.50 | 24.80 |
| MINIMUM BILLING |  |  |  |

TOTAL DUE >>>> 868.75

AFTER 05/19/2007 PAY 955.63

A CONDENSED TRANSCRIPT & ASCII
WERE PROVIDED AT NO CHARGE.

FOR PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON CHECK.

(213) 229-7000   Fax (213) 229-7025

TAX ID NO.: 20-4667049

56



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1162 | 01/30/2007 | 01-520 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/10/2007 | ALEXNY | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
```
Joseph Manni    203 Pages    1,146.95
      EXHIBITS    227 Pages       124.85
Witness Ltr/Notification       4.95
Errata Sheet                                          .55
Condensed Transcript  52.00 Pages      28.60
Word Index  36.00 Pages      19.80
MinEx  58.00 Pages      43.50
Appearance Fee       90.00
Advanced Rough  203.00       304.50
Ship/Handle-Transcript       50.00           15.00
Shipping Cost
```

TOTAL   DUE   >>>>           1,828.70

VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE

TAX ID NO.:  20-3245263                                       (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.:  1162
Date        :  01/30/2007
TOTAL DUE   :   1,828.70


Job No.   :  01-520
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:    **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

57



**REPORTING & LITIGATION SERVICES**

Telephone: 619.239.4111
Toll Free:   800.300.1214
Facsimile:  619.239.4117
www.paulsonreporting.com

HEATHER RICHARDSON, ESQ.
GIBSON, DUNN & CRUTCHER, LLP - LOS ANGELES
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

## *Invoice #13838*

| Date | Terms |
|------|-------|
| 04/30/2007 | NET 30 |

| Assignment | Case | PI File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 03/23/2007 | ALLIED vs. TYCO | 3055 | 03/28/2007 | F-S-O |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| Original Transcript of JOSEPH MANNI  Vol: 2 | | 1.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | | 1.00 | $ 35.00 |
| E-DEPO MULTI MEDIA CD | $ 35.00 | 1.00 | $ 35.00 |
| EXHIBIT TABS (2 Units) | $ 0.50 | 1.00 | $ 1.00 |
| EXHIBITS - 8-1/2 x 11 BLACK & WHITE (10 Units) | $ 0.50 | 1.00 | $ 5.00 |
| HALF DAY PER DIEM | $ 75.00 | 1.00 | $ 75.00 |
| ORIGINAL & 1 COPY (54 Pages) | $ 5.50 | 1.00 | $ 297.00 |
| ORIGINAL & 1 HANDLING FEE | $ 35.00 | 1.00 | $ 35.00 |
| ROUGH DRAFT (54 Pages) | $ 1.50 | 1.00 | $ 81.00 |
| WORD INDEX (14 Units) | $ 5.50 | 1.00 | $ 77.00 |
| | | | $ 606.00 |
| DELIVERY-FED EX/OVERNIGHT | | | $ 39.54 |
| | | | $ 39.54 |

| | |
|---|---|
| Amount Due: | $ 645.54 |
| Paid: | $ 645.54 |

| | |
|---|---|
| Balance Due: | $ 0.00 |
| Payment Due: | 05/30/2007 |

**\*\*ROUGH DRAFT PROVIDED\*\***

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY
EXPEDITED RATE.*

Tax ID No. 20-4667049

**Method of Payment**      ☐ **Check Enclosed**
☐ VISA                        Please Make Check Payable to Paulson Reporting Services
☐ MasterCard
☐ American Express      Authorized Amount _____

Credit Card Number              Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509



DepoPro
DepoPro, LLC

633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1191 | 01/31/2007 | 01-524 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/16/2007 | ALEXNY | CV05-6419 |

| CASE CAPTION | | |
|---|---|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |

| TERMS | | |
|---|---|---|
| Net 30 | | |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Stephen F. Samchuck, Jr.   218 Pages    1,231.70
         EXHIBITS   222 Pages       122.10
         Witness Ltr/Notification     4.95
         Errata Sheet                                      .55
         Condensed Transcript   56.00 Pages      30.80
         Word Index  39.00 Pages       21.45
         MinEx  46.00 Pages   34.50
         Appearance Fee         90.00
         Advanced Rough 218.00      327.00
         Ship/Handle-Transcript    50.00
         Shipping Cost                                    15.00

                                  TOTAL  DUE  >>>>      1,928.05


VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE
```

TAX ID NO. :  20-3245263                                    (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.:  1191
Date      :  01/31/2007
TOTAL DUE :  1,928.05


Job No.   :  01-524
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:    **DepoPro, LLC**
             **633 W. 5th Street, Suite 2800**
             **Los Angeles, CA 90071**

59



**P A U L S O N**

REPORTING & LITIGATION SERVICES

Telephone: 619.239.4111
Toll Free: 800.300.1214
Facsimile: 619.239.4117
www.paulsonreporting.com

HEATHER RICHARDSON, ESQ.
GIBSON, DUNN & CRUTCHER, LLP - LOS ANGELES
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

## Invoice #15576

| Date | Terms |
|------|-------|
| 04/30/2007 | NET 30 |

| Assignment | Case | PI File | Shipped | Shipped Via |
|------------|------|---------|---------|-------------|
| 03/30/2007 | ALLIED vs. TYCO | 3855 | 04/18/2007 | F-S-O |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| Original Transcript of STEPHEN F. SAMCHUCK, JR. Vol: II | | 1.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 35.00 | 1.00 | $ 35.00 |
| E-DEPO MULTI MEDIA CD | $ 0.55 | 1.00 | $ 0.55 |
| EXHIBIT TABS | $ 0.55 | 1.00 | $ 4.40 |
| EXHIBITS - 8-1/2 x 11 BLACK & WHITE (8 Units) | $ 5.50 | 1.00 | $ 297.00 |
| ORIGINAL & 1 COPY (54 Pages) | $ 60.00 | 1.00 | $ 60.00 |
| ORIGINAL & 1 HANDLING FEE | $ 1.50 | 1.00 | $ 81.00 |
| ROUGH DRAFT (54 Pages) | $ 5.50 | 1.00 | $ 38.50 |
| WORD INDEX (7 Units) | | | |
| | | | $ 516.45 |
| DELIVERY-FED EX/OVERNIGHT | | | $ 40.67 |
| | | | $ 40.67 |

|  |  |
|--|--|
| Amount Due: | $ 557.12 |
| Paid: | $ 557.12 |

| Balance Due: | $ 0.00 |
|--------------|--------|
| Payment Due: | 06/10/2007 |

**\*\*ROUGH DRAFT PROVIDED\*\***

*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE
NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

Tax ID No. 20-4667049

| Method of Payment | ☐ Check Enclosed |
|-------------------|------------------|
| ☐ VISA | Please Make Check Payable to Paulson Reporting Services |
| ☐ MasterCard | Authorized Amount _____ |
| ☐ American Express | |

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card Number          Exp. Date

Daytime Phone Number

Remit to: Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509



DepoPro
DepoPro, LLC

633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1330 | 03/30/2007 | 01-575 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/23/2007 | ACEFED | CV05-6419 |
| CASE CAPTION | | |
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |
| TERMS | | |
| Net 30 | | |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    John C. Beyer, M.D.    294 Pages    1,455.30
    EXHIBITS       69 Pages      37.95
    Witness Ltr/Notification     4.95                              .55
    Errata Sheet
    Condensed Transcript  71.00 Pages       39.05
    Word Index  54.00 Pages        29.70
    Real-time Connection 294.00 Pages     455.70
    MinEx  15.00 Pages      11.25
    Exhibit Tabs - Custom     1.25
    Overtime Reporting  19.00 Pages      42.75
    Ship/Handle-Transcript       50.00                            15.00
    Shipping Cost

                                    TOTAL  DUE  >>>>        2,143.45



VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE


For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
```

TAX ID NO. :  20-3245263                                    (213) 229-7000

61



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1807 | 01/31/2008 | 01-948 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/04/2008 | ELLICA | CV05-6419 |

| CASE CAPTION | | |
|---|---|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |

| TERMS | | |
|---|---|---|
| Net 30 | | |

**DepoPro**
DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
1 ORIGINAL & 1 CERTIFIED COPY OF:
   John Beyer Vol I    296 Pages     1,524.40
      EXHIBITS      87 Pages        47.85
      Witness Ltr/Errata Sheet        5.75
      Real-time Connection 296.00 Pages    814.00
      Exhibit Tabs - Custom  2.00        2.50
      Confidential Designation 296.00 Pages    59.20
      MinEx  43.00 Pages        32.25
      Mini Trans/Word Index 190.00 Pages    104.50
      Ship/Handling - 0 & 1    50.00
      Delivery                           15.00
                                        _____
                        TOTAL  DUE >>>>    2,655.45


   Save! Pay By 2/21/08 and Pay Discounted Rate of $2,602.34

   Video Charges Will Be Billed On A Separate Invoice
   We accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 2.5% surcharge. Finance charges
   of  2% per month (24% annually) will be applied on balances @ 30 days. Returned checks
   incur a $25. fee. All collection fees will be paid by the client.
```

TAX ID NO.:  20-3245263                                    (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.:  1807
Date       :  01/31/2008
**TOTAL DUE :    2,655.45**


Job No.  :  01-948
Case No. :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:    **DepoPro, LLC**
             **633 W. 5th Street, Suite 2800**
             **Los Angeles, CA 90071**

62



**DepoPro**
DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1866 | 03/18/2008 | 01-949 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/10/2008 | BRANSM | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Jan Ehrenwerth   277 Pages     1,592.75
            EXHIBITS    64 Pages       35.20
       REPORTER ATTENDANCE    250.00
       Mini Trans/Word Index  84.00 Pages        54.60
       Wit/Errata/Stip Procssg        10.00
       Real-Time Connection 277.00          540.15
       Video Set-up                                              275.00
       Video Tech - Hrly    7.25 Hours     725.00
       Delivery                                                   15.00
       Ship Prep - O&1      60.00

                                   TOTAL  DUE  >>>>      3,557.70


SAVE! PAY BY 3/25/08 AND PAY DISCOUNTED RATE OF $3486.55

We accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 2.5% surcharge.
Finance charges of  2% per month (24% annually) will be applied on balances @ 30 days.
Returned checks incur a $25. fee. All collection fees will be paid by the client.
```

TAX ID NO.: 20-3245263                                    (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.: 1866
Date      : 03/18/2008
**TOTAL DUE** :   3,557.70

Job No.   : 01-949
Case No.  : CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:   **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

63

DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
(213) 244-9668   Fax (213) 559-0694

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1773 | 12/31/2007 | 01-917 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/13/2007 | SCHRWE | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
```
Professor Frech pmk   345 Pages     1,776.75
   EXHIBITS    399 Pages      219.45
   Witness Ltr/Errata Sheet     10.00
   Mini Trans/Word Index 138.00 Pages        75.90
   Advanced Rough 345.00         396.75
   ReporterVideoReconcile 345.00 Pages       120.75
   MinEx 100.00 Pages        75.00
   Confidential Designation         75.00
   Ship/Handling -- 0 & 1        50.00
   Delivery                                        15.00

                         TOTAL  DUE  >>>>         2,814.60
```

SAVE! PAY BY 1/21/2008 AND PAY DISCOUNTED RATE OF $2758.31

We accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 2.5% surcharge.
Finance charges of 2% per month (24% annually) will be applied on balances @ 30 days.
Returned checks incur a $25. fee. All collection fees will be paid by the client.

TAX ID NO.: 20-3245263                                    (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.: 1773
Date      : 12/31/2007
TOTAL DUE :   2,814.60


Job No.   : 01-917
Case No.  : CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:   **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

64



# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1972 | 04/24/2008 | 01-1072 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/11/2008 | PYBUPA | CV05-6419 |
| CASE CAPTION | | |
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |
| TERMS | | |
| Net 30 | | |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

TOTAL DUE >>> 2,735.01

(213) 229-7000

TAX ID NO.: 20-3245263

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.: 1972
Date      : 04/24/2008
**TOTAL DUE** :   2,735.01

Job No.   : 01-1072
Case No.  : CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:   **DepoPro, LLC**
            633 W. 5th Street, Suite 2800
            Los Angeles, CA 90071

65

DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
(213) 244-9668   Fax (213) 559-0694

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1775 | 12/31/2007 | 01-924 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/12/2007 | HUSEBI | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 759.80 |
| Pam Daigle PMK Premier | 137 Pages | 330.00 |
| EXHIBITS | 600 Pages | 10.00 |
| Witness Ltr/Notification | | 115.50 |
| Condensed Transcript | 210.00 Pages | 47.95 |
| ReporterVideoReconcile | 137.00 Pages | 75.00 |
| Conf Exh. Handling | | 205.50 |
| Advanced Rough | 137.00 | 560.00 |
| Video Tech - Hrly | 4.00 Hours | 275.00 |
| Video Set-up | | 320.00 |
| VideoDVD | 4.00 Disks | 50.00 |
| Ship/Handling - 0 & 1 | | 15.00 |
| Messenger Charges | | |

TOTAL   DUE   >>>>    2,743.75

SAVE! PAY BY 1/21/2008 AND PAY DISCOUNTED RATE OF $2680.05

We accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 2.5% surcharge.
Finance charges of  2% per month (24% annually) will be applied on balances 8 30 days.
Returned checks incur a $25 fee. All collection fees will be paid by the client.

(213) 229-7000

TAX ID NO.: 20-3245263

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.: 1775
Date       : 12/31/2007
**TOTAL DUE** :   2,743.75

Job No.    : 01-924
Case No.   : CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:   **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

66



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1626 | 10/29/2007 | 01-809 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/24/2007 | MIDWLI | CV05-6419 |

**DepoPro**
DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND ONE COPY AND VIDEO SERVICES:
    Allen Dunehew, PMK Amerinet    133 Pages        718.20
        EXHIBITS    440 Pages        242.00
        Witness Ltr/Notification              4.95
    Mini Trans/Word Index  60.00 Pages         33.00
    Advanced Rough  124.00            186.00
    Exhibit Tabs - Custom  28.00          35.00                275.00
    Video Set-up
    Video Tech - Hrly   3.00 Hours      450.00
    VideoDVD  4.00 Disks       320.00
    Ship/Handling - 0 & 1      50.00
    Ship/Handle-Video    20.00
    Shipping Cost                                               15.00
                                                         _____
                                    TOTAL  DUE  >>>>        2,349.15
```

For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
past due balances of over 30 days.  Returned checks will be subject to a $25.00 charge.

TAX ID NO.:  20-3245263                                    (213) 229-7000

67



# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1656 | 10/31/2007 | 01-860 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/10/2007 | VOWEJE | CV05-6419 |
| | CASE CAPTION | |
| | Allied Orthopedic vs. Tyco Health Care Consolidated | |
| | TERMS | |
| Net 30 | | |

DepoPro
DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668 F: 213.559.0694

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND ONE COPY AND VIDEO SERVICES:
    Cathy Florek   135 Pages    708.75
        EXHIBITS   535 Pages    294.25
        Witness Ltr/Errata Sheet      5.75
    Mini Trans/Word Index  53.00 Pages     29.15
    Appearance Fee   2.50 Hours     95.00
    Advanced Rough 135.00 Pages    303.75
    Exhibit Tabs - Custom  38.00       47.50
    Video Tech - Hrly   2.50 Hours    287.50
    VideoDVD   2.00 Disks    180.00
    Ship/Handling - 0 & 1   -50.00
    Ship/Handle-Video   20.00                    15.00
    Shipping Cost

                              TOTAL   DUE  >>>>    2,036.65
```

For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
past due balances of over 30 days.  Returned checks will be subject to a $25.00 charge.

TAX ID NO.:  20-3245263                                          (213) 229-7000

68



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1621 | 10/18/2007 | 01-823 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/03/2007 | EVANRE | CV05-6419 |

**DepoPro**
DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |
| **TERMS** |
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND ONE COPY AND VIDEO SERVICES:
    PMK Masimo, Mr. Kiani   294 Pages   1,514.10
        EXHIBITS  1,019 Pages     560.45
        Witness Ltr/Errata Sheet      5.75
        Mini Trans/Word Index 127.00 Pages      69.85
        Exhibit Tabs - Custom  46.00      57.50
        Ship/Handling - 0 & 1      50.00                    15.00
        Shipping Cost

                                TOTAL DUE >>>>     2,272.65


VIDEO CHARGES AND THE ROUGH WILL BE BILLED ON A SEPARATE INVOICE


For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
past due balances of over 30 days.  Returned checks will be subject to a $25.00 charge.
All collection agency fees incurred will be paid by the client.
```

TAX ID NO.: 20-3245263                                    (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.:  1621
Date      :  10/18/2007
TOTAL DUE :  2,272.65



Job No.   :  01-823
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:  **DepoPro, LLC**
**633 W. 5th Street, Suite 2800**
**Los Angeles, CA 90071**

69



**DepoPro**
DepoPro, LLC

633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1637 | 10/31/2007 | 01-849 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/10/2007 | LUCAGA | CV05-6419 |
| **CASE CAPTION** | | |
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |
| **TERMS** | | |
| Net 30 | | |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

ORIGINAL AND ONE COPY AND VIDEO SERVICES:
    Leonard Kim, MD   121 Pages   695.75
        EXHIBITS    2 Pages    1.10
        Witness Ltr/Errata Sheet   5.75
        Mini Trans/Word Index  48.00 Pages    26.40
        Exhibit Tabs - Custom   1.25
        Advanced Rough 121.00     139.15          275.00
        Video Set-up
        Video Tech - Hrly    90.00
        VideoDVD  2.00 Disks   160.00
        ReporterVideoReconcile 121.00 Pages    42.35
        Ship/Handling - 0 & 1   50.00
        Ship/Handle-Video   20.00          15.00
        Shipping Cost

                                          TOTAL   DUE  >>>>    1,521.75

For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on

TAX ID NO. : 20-3245263                              (213) 229-7000



**DepoPro**
DepoPro, LLC

633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1514 | 08/28/2007 | 01-764 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/10/2007 | MIDWLI | CV05-6419 |
| CASE CAPTION | | |
| Allied Orthopedic vs. Tyco Health Care Consolidated | | |
| TERMS | | |
| Net 30 | | |

Carol M. Silberberg
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Mark Miriani PMK    148 Pages      799.20
  5 Business Day Expedite            479.52
  EXHIBITS    272 Pages              149.60
  Witness Ltr/Notification             4.95
  Mini Trans/Word Index  58.00 Pages          31.90
  Advanced Rough 148.00          222.00
  Exhibit Tabs - Custom  18.00                22.50
  Video Set-up                                            225.00
  Video Tech - Hrly   3.00 Hours    450.00
  Ship/Handling - 0 & 1    50.00                          15.00
  Shipping Cost

                              TOTAL  DUE  >>>>        2,449.67
```

VIDEOS WILL BE BILLED ON A SEPARATE INVOICE

For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
past due balances of over 30 days.  Returned checks will be subject to a $25.00 charge.
All collection agency fees incurred will be paid by the client.

TAX ID NO. :  20-3245263                                        (213) 229-7000

*Please detach bottom portion and return with payment.*

Carol M. Silberberg
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.:  1514
Date      :  08/28/2007
TOTAL DUE :  2,449.67


Job No.   :  01-764
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:   **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

71

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Carol M Silberberg Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY179803 |
| Invoice Date: | 08/08/2007 |
| Balance Due: | $1,313.70 |

| | |
|---|---|
| Case: | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| Job #: | 153945 \| Job Date: 7/31/2007 \| Delivery: Expedited |
| Billing Atty: | Carol M Silberberg Esq |
| Location: | ConMed Corporation |
| | 525 French Road \| Utica, NY 13502 |

**\* 9 0 0 4 1 9 2 9 1 \***

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jeffrey J. Mitchell | Transcript - copy | Page | 170.00 | $2.50 | $425.00 |
| 2 | | Fee For Expedited Service | Per page | 170.00 | $1.00 | $170.00 |
| 3 | | Transcript - Rough ASCII | Page | 170.00 | $1.95 | $331.50 |
| 4 | | Exhibit scanning | Per page | 532.00 | $0.60 | $319.20 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 6 | | Shipping & handling – Express Delivery | | 1.00 | $38.00 | $38.00 |

| | |
|---|---|
| Invoice Total: | $1,313.70 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,313.70 |

Notes:

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bears finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

| | |
|---|---|
| Invoice #: | NY179803 |
| Job #: | 153945 |
| Invoice Date: | 08/08/2007 |
| Balance : | $1,313.70 |

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

72

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Carol M Silberberg Esq
Gibson Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071-3197

| | |
|---|---|
| Invoice #: | NY179797 |
| Invoice Date: | 08/08/2007 |
| Balance Due: | $1,086.95 |

| | |
|---|---|
| **Case:** | Allied Orthopedic Appliances Inc v. Tyco Health Care Group L.p. |
| **Job #:** | 153828    Job Date: 7/26/2007    Delivery: Expedited |
| **Billing Atty:** | **Carol M Silberberg Esq** |
| **Location:** | Spacelabs Healthcare |
| | 5150 2200th Ave. SE   Issaquah, WA 98029 |


* 9 0 0 4 1 9 2 3 8 *

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | | | Page | 171.00 | $2.50 | $427.50 |
| 1 | James Roop | Transcript - copy | Per page | 171.00 | $1.00 | $171.00 |
| 2 | | Fee For Expedited Service | Page | 171.00 | $1.95 | $333.45 |
| 3 | | Transcript - Rough ASCII | Per page | 155.00 | $0.60 | $93.00 |
| 4 | | Exhibit scanning | | 1.00 | $30.00 | $30.00 |
| 5 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $32.00 | $32.00 |
| 6 | | Shipping & handling | Package | 1.00 | | |

| | |
|---|---|
| Invoice Total: | $1,086.95 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,086.95 |

**Notes:**

**Fed. Tax ID:** 20-3132569    **Term:** Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs. Including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

| | |
|---|---|
| **Invoice #:** | NY179797 |
| **Job #:** | 153828 |
| **Invoice Date:** | 08/08/2007 |
| **Balance:** | $1,086.95 |

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

73



# JANE ROSE REPORTING

COAST-TO-COAST COURT REPORTING & VIDEO COVERAGE
1-800-825-3341   janerose@janerosereporting.com

**SERVICES RENDERED TO**

Christopher Dusseault, Esquire
GIBSON DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, California  90071

**PLEASE MAKE PAYMENT TO**

Jane Rose Reporting Inc.
Administration Offices
Evergreen Plaza - Suites 1 & 2
2547 State Highway 35
Luck, Wisconsin 54853

Federal Tax ID   39-2003825

**INVOICE DATE**

10/22/2007

| BILLING REFERENCE | INV. NO. | TERMS | DUE DATE |
|---|---|---|---|
| V3052 | 1064501 | Net 30 | 11/21/2007 |

| PROFESSIONAL COURT REPORTING SERVICES | QTY | RATE | AMOUNT |
|---|---|---|---|
| US DISTRICT COURT - CALIFORNIA | | | |
| ALLIED ORTHOPEDIC v. TYCO | | | |
| Location: Milwaukee, Wisconsin | | | |
| Attorney: Christopher Dusseault | | | |
| DEPOSITION OF: Patrick Van Ryzin - October 11, 2007 | 130 | 4.25 | 552.50 |
| One Copy - 130 Pages @ $4.25 - Five (5) Day Expedite Delivery | | | |
| Includes Full-Sized Transcript, Min-U-Script, ASCII & E-Transcript | | | |
| 251 Hard Copy Tabbed/Scanned Exhibits @ $.55 each | 251 | 0.55 | 138.05 |
| Draft Transcript via Email in Printable Mini, E-Transcript, & ASCII | 130 | 1.50 | 195.00 |
| Synched MPEG1 Video DVD | 3 | 150.00 | 450.00 |
| Federal Express/Delivery Charges | | 127.00 | 127.00 |

*900424245*

CLIENT MATTER_____

APPROVED BY_____

INTEREST AT 1.5% PER MO. AFTER 30 DAYS
PAY BY AMERICAN EXPRESS, MASTERCARD, VISA

1-800-825-3341   janerosereporting.com

**TOTAL AMOUNT DUE** _____   $1,462.55

74



**DepoPro**
DepoPro, LLC

633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1705 | 11/21/2007 | 01-870 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/17/2007 | MILLRE | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Stephen Walker    205 Pages      1,127.50
        EXHIBITS    497 Pages        273.35
        Exhibit Tabs - Custom  20.00           25.00
        Advanced Rough  205.00         379.25
        Mini Trans/Word Index  79.00 Pages     43.45
        Waiting/hrly/attendance    6.00 Hours  270.00
        Witness Ltr/Errata Sheet       5.75
        Ship/Handling - 0 & 1   50.00                43.30
        Parking                                      15.00
        Delivery

                                  *  TOTAL DUE  >>>>    2,232.60


VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE


For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
past due balances of over 30 days.  Returned checks will be subject to a $25.00 charge.
All collection agency fees incurred will be paid by the client.
```

TAX ID NO.:  20-3245263                                        (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.:  1705
Date      :  11/21/2007
**TOTAL DUE** :   **2,232.60**

Job No.   :  01-870
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:  **DepoPro, LLC**
           **633 W. 5th Street, Suite 2800**
           **Los Angeles, CA 90071**



**DepoPro**
DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1627 | 10/29/2007 | 01-811 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/01/2007 | MADIDE | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Nancy Walsh PMK Consorta    196 Pages    1,058.40
       EXHIBITS    404 Pages       222.20
       Witness Ltr/Notification      4.95
       Mini Trans/Word Index 119.00 Pages    65.45
       Advanced Rough 196.00          313.60
       Appearance Fee       90.00
       After Hours Attendance   4.00      180.00
       Exhibit Tabs - Custom  27.00       33.75
       Ship/Handling - 0 & 1     50.00
       Shipping Cost                                        15.00

                                    TOTAL  DUE  >>>>      2,033.35
```

VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE

For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1% surcharge. A finance charge of 2% per month (annual rate of 24%) will be charged on past due balances of over 30 days. Returned checks will be subject to a $25.00 charge. All collection agency fees incurred will be paid by the client.

TAX ID NO.: 20-3245263                                     (213) 229-7000

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
Invoice No.:  1627
Date      :  10/29/2007
TOTAL DUE :  2,033.35


Job No.   :  01-811
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca
```

Remit To:  **DepoPro, LLC**
**633 W. 5th Street, Suite 2800**
**Los Angeles, CA 90071**

76

SERVICES RENDERED TO

Neal Stephens, Esquire
COOLEY GODWARD KRONISH
Five Palo Alto Square
4th Floor, 3000 El Camino Real
Palo Alto, California 94306

MAKE PAYMENT TO

Jane Rose Reporting Inc.
Tax ID 39-2003825
2547 State Highway 35
Suite 1, Evergreen Plaza
Luck, WI 54853

| BILLING REFERENCE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| V3068 ALLIED | 11/7/2007 | 1064598 |
| | | PAYMENT DUE |
| | | 12/7/2007 |

| PROFESSIONAL COURT REPORTING SERVICES | QTY | RATE | AMOUNT |
|---|---|---|---|
| US DISTRICT COURT - CALIFORNIA | | | |
| ALLIED ORTHOPEDIC v. TYCO | | | |
| Location: Dallas, Texas | | | |
| Attorney: Neal Stephens | | | |
| | | | |
| INVOICE REFLECTS YOUR PREFERRED CUSTOMER DISCOUNT | | | |
| 15% off per page | | | |
| $25.00 off per MPEG1 | | | |
| | 130 | 6.16 | 800.80 |
| DEPOSITION OF: James Webb - October 19, 2007 | | | |
| Original Transcript - 130 Pages @ $6.16 - Five (5) Day Expedite Delivery | | | |
| Includes Full-Sized Transcript, Min-U-Script, ASCII & E-Transcript | | | |
| | | 200.00 | 200.00 |
| Appearance Fee - $200 per day | | | |
| 321 Hard Copy Tabbed/Scanned Exhibits @ $.55 each | 321 | 0.55 | 176.55 |
| Draft Transcript via Email in Printable Mini, E-Transcript, & ASCII | 130 | 1.50 | 195.00 |
| Realtime Reporting - One (1) Connection | 130 | 2.00 | 260.00 |
| Video Setup/Strike | | 275.00 | 275.00 |
| Video Hourly Charge - 4 Hours @ $125 | 4 | 125.00 | 500.00 |
| Synched MPEG1 Video DVD | 3 | 125.00 | 375.00 |
| Federal Express/Delivery Charges | | 140.00 | 140.00 |
| | | | |
| >>>Your Preferred Customer Discount Total: $216.17 | | | |

Payment Due in 30 Days
Interest @ 1.5% per mo. after 30 days

VISA, MasterCard, American Express
Call Jane Rose Reporting @ 1-800-825-3341

TOTAL AMOUNT DUE    $2,922.35

CLIENT MATTER _____    APPROVED BY_____DATE_____

77



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1643 | 10/31/2007 | 01-850 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/05/2007 | DUNNGO | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

DepoPro
DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
P: 213.244.9668  F: 213.559.0694

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
     Christina West PMK Phillips Medical Syste    126 Pages      592.20
              EXHIBITS    127 Pages      69.85
              Exhibits - Color Copies  21.00 Pages      21.00
              Witness Ltr/Errata Sheet        5.75
              Mini Trans/Word Index  52.00 Pages      28.60
              Appearance Fee    215.00
              Conference Room     484.89
              Exhibit Tabs - Custom  11.00              13.75
              Real-time Connection 126.00 Pages     226.80
              Advanced Rough 126.00          182.70
              Ship/Handling - 0 & 1     50.00
              Shipping Cost                                          15.00

                                      TOTAL   DUE   >>>>      1,905.54


VIDEO CHARGES WILL BE BILLED ON A SEPARATE INVOICE


For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
past due balances of over 30 days.  Returned checks will be subject to a $25.00 charge.
```

TAX ID NO. :  20-3245263                                    (213) 229-7000

78



**633 W. 5th Street, Suite 2800**
**Los Angeles, CA 90071**
**DepoPro, LLC   P: 213.244.9668   F: 213.559.0694**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1645 | 10/31/2007 | 01-833 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/05/2007 | DUNNGO | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |

| TERMS |
|---|
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND ONE COPY AND VIDEO SERVICES:
   Craig Whitson PMK Philips Medical System      125 Pages        587.50
      EXHIBITS    233 Pages         128.15
      Witness Ltr/Errata Sheet      5.75                      27.50
      Mini Trans/Word Index  50.00 Pages                      12.50
      Exhibit Tabs - Custom  10.00
      Real-time Connection 125.00 Pages            225.00
      Advanced Rough 125.00           181.25
      VideoDVD   3.00 Disks          270.00
      Ship/Handle-Video    20.00
      Ship/Handling - 0 & 1    50.00                           15.00
      Shipping Cost
                                                             _____
                                    TOTAL   DUE  >>>>          1,522.65
```

For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
past due balances of over 30 days.  Returned checks will be subject to a $25.00 charge.
All collection agency fees incurred will be paid by the client.

(213) 229-7000

TAX ID NO. : 20-3245263

*Please detach bottom portion and return with payment.*

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Invoice No.:  1645
Date      :  10/31/2007
**TOTAL DUE  :   1,522.65**

Job No.   :  01-833
Case No.  :  CV05-6419
Allied Orthopedic vs. Tyco Health Ca

Remit To:   **DepoPro, LLC**
            **633 W. 5th Street, Suite 2800**
            **Los Angeles, CA 90071**

79

DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
(213) 244-9668   Fax (213) 559-0694

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1652 | 10/31/2007 | 01-822 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/10/2007 | VOWEJE | CV05-6419 |

| CASE CAPTION |
|---|
| Allied Orthopedic vs. Tyco Health Care Consolidated |
| **TERMS** |
| Net 30 |

Christopher D. Dusseault
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

```
ORIGINAL AND ONE COPY AND VIDEO SERVICES:
  PMK Health Trust Leonard Wright    80 Pages      420.00
     EXHIBITS      70 Pages         38.50
     Witness Ltr/Errata Sheet        5.75
     Mini Trans/Word Index 33.00 Pages       18.15
     Appearance Fee  2.00 Hours      76.00
     Advanced Rough  80.00 Pages    180.00
     Exhibit Tabs - Custom  9.00             11.25
     Video Set-up                                       235.00
     Video Tech - Hrly   115.00
     VideoDVD  2.00 Disks   180.00
     Ship/Handling - 0 & 1   50.00
     Ship/Handle-Video    20.00
     Shipping Cost                                       15.00

                              TOTAL  DUE  >>>>      1,364.65


For your convenience, we accept VISA, MASTERCHARGE and AMERICAN EXPRESS with a 1%
surcharge.  A finance charge of 2% per month (annual rate of 24%) will be charged on
```

TAX ID NO.: 20-3245263                              (213) 229-7000

80