# EXHIBIT B

FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|----------|-----------------------------------|-------|
| 3867898  | GIBSON DUNN & CRUTCHER (L)         | 2901  |

07/23/07     FORWARD PROCESS-SAMEDAY          9:29

-------PICKUP INFO-----------     ---------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)        AMERINET                        Base:        279.00
333 SOUTH GRAND AVENUE            2060 CRAIGSHIRE RD.
#4600
LOS ANGELES       CA  90071       ST LOUIS          MO   63115
213 229-7255                                                      Fax/Fed:      35.00

                                  CV-05-6419
Caller: DEBORAH 7624              ALLIED V TYCO
Sig: NOEL FEXER / C.F.O           SUBPOENA
Time: 12:00   Date: 7/24/07       PLEASE SERVE TODAY              Adv.Chk:      59.00
                                  ADVANCE FEES                    ChkChg:        5.90

                                                                  Total:       378.90
Reference: 92220-00173 SILBERBERG

FIRST LEGAL SUPPORT-LA

```
            CONTROL#    -----------CUSTOMER NAME-----------  CUST#
            3867874     GIBSON DUNN & CRUTCHER (L)            2901


            07/23/07    FORWARD PROCESS-SAMEDAY              9:17

-------PICKUP INFO------------    ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)        BROADLANE INC.                 Base:       279.00
333 SOUTH GRAND AVENUE            13727 NOEL RD.
#4600                             1400
LOS ANGELES       CA  90071       DALLAS          TX  75240
213 229-7255                                                     Fax/Fed:     35.00

                                  CV-05-6419
Caller: DEBORAH 7624              ALLIED V TYCO
Sig: JOHNATHAN NAPIER             SUBPOENA
Time: 16:00   Date: 7/25/07       PLEASE SERVE TODAY             Adv.Chk:     51.00
                                  ADVANCE FEES                   ChkChg:       5.10

                                                                Total:      370.10
Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

|  | CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|--|----------|-----------------------------------|-------|
|  | 3925374 | GIBSON DUNN & CRUTCHER (L) | 2901 |

10/09/07    FORWARD PROCESS-SAMEDAY                8:59

--------PICKUP INFO-----------        ---------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)            BROADLANE INC.                  Base:      279.00
333 SOUTH GRAND AVENUE               13727 NOEL RD.
#4600                                1400
LOS ANGELES          CA   90071      DALLAS          TX   75240
213 229-7255                                                         Fax/Fed:    10.00

                                     CV-05-6417
Caller: SOGOL 7444                   ALLIED V TYCO
Sig: Cancel, no dec                  SUBPOENA
Time: 12:00   Date: 10/09/07         PLEASE SERVE ASAP
                                     TODAY

                                     PDF'D TO FORWARDING            Total:     289.00
Reference: 92220-00173 PIRNAZAR

# FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|----------|-----------------------------------|-------|
| 3867892 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07    FORWARD PROCESS-SAMEDAY                    9:27

-------PICKUP INFO-----------        ----------DELIVERY INFO------

GIBSON DUNN & CRUTCHER (L)        CONMED CORP              Base:      279.00
333 SOUTH GRAND AVENUE            525 FRENCH RD.
#4600
LOS ANGELES        CA   90071     UTICA          NY   13502
213 229-7255                                              Fax/Fed:    10.00

Caller: DEBORAH 7624             CV-05-6419
Sig: KAREN HEFFERNON A/          ALLIED V TYCO
Time: 16:33   Date:  7/24/07     SUBPOENA
                                 PLEASE SERVE TODAY
                                 ADVANCE FEES

                                                         Total:     289.00

Reference: 92220-00173 SILBERBERG

# FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|----------|-----------------------------------|-------|
| 3867871  | GIBSON DUNN & CRUTCHER (L)         | 2901  |

07/23/07    FORWARD PROCESS-SAMEDAY                    9:15

-------PICKUP INFO-----------       ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)          CONSORTA INC.                 Base:      279.00
333 SOUTH GRAND AVENUE              1475 E. WOODFIELD RD.
#4600                               400
LOS ANGELES          CA   90071     SCHAUMBERG          IL
213 229-7255                                                      Fax/Fed:    35.00

                                    CV-05-6419
Caller: DEBORAH 7624                ALLIED V TYCO
Sig: LINDA HICKS H.R                SUBPOENA
Time: 11:25   Date: 7/24/07         PLEASE SERVE TODAY
                                    ADVANCE FEES

                                                                 Total:     314.00
Reference: 92220-00173 SILBERBERG

# FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|----------|-----------------------------------|-------|
| 3868456 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07   PROCESS-SAMEDAY               14:53

```
-------PICKUP INFO-----------     ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)        DOLPHIN MEDICAL INC            Base:        91.50
333 SOUTH GRAND AVENUE            12525 CHADRON AVE
#4600
IOS ANGELES        CA  90071      HAWTHORNE        CA  90250
213 229-7255

                                  CV-05-6419
Caller: CAROL SILBERBERG          ALLIED V TYCO                 FuelChg:      9.15
Sig: GENEVA PERRY ATA             USDC SUBPOENA
Time: 15:46   Date: 7/23/07       ADVANCE FEES                  Adv.Chk:     40.00
                                                                ChkChg:       4.00

                                                                Total:      144.65
Reference: 92220-00173 SILBERBERG
```

## FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|----------|-----------------------------------|-------|
| 3867869 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07    FORWARD PROCESS-SAMEDAY                9:14

```
-------PICKUP INFO-----------        ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)           HEALTH TRUST PURCHASING GROOU  Base:      279.00
333 SOUTH GRAND AVENUE               104 CONTINENTAL PLACE
#4600                                300
LOS ANGELES          CA  90071       BRENTWOOD        TN  37027
213 229-7255                                                        Fax/Fed:    35.00

                                     CV-05-6419
Caller: DEBORAH 7624                 ALLIED V TYCO
Sig: GARY PACK MNG COUN              SUBPOENA
Time: 14:00   Date:  7/24/07         PLEASE SERVE TODAY
                                     ADVANCE FEES

                                                       Total:      314.00
Reference: 92220-00173 SILBERBERG
```

87

FIRST LEGAL SUPPORT-LA

```
        CONTROL#    ----------CUSTOMER NAME----------    CUST#
        3867876     GIBSON DUNN & CRUTCHER (L)            2901


        07/23/07    BRANCH ASAP PROCESS                   9:19

-------PICKUP INFO------------         ---------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)             JOE KIANI / MASIMO CORP       Base:      210.00
333 SOUTH GRAND AVENUE                 40 PARKER
#4600
LOS ANGELES        CA  90071           EAST IRVINE       CA  92618
213 229-7255
                                                                     Atmp/Add   755.00
                                       CV-05-6419
Caller: DEBORAH 7624                   ALLIED V TYCO                 FuelChg:    96.50
Sig: Trans to Inv                      SUBPOENA
Time: 12:00   Date:  8/03/07           PLEASE SERVE TODAY
                                       ADVANCE FEES
                                                                     Total:    1061.50
Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

| CONTROL# | -----------CUSTOMER NAME----------- | CUST# |
|---|---|---|
| 3904530 | GIBSON DUNN & CRUTCHER (L) | 2901 |

09/11/07   ADDITIONAL BILLING                         10:53

-------PICKUP INFO------------          ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)          JOE KIANI / MASIMO CORP
333 SOUTH GRAND AVENUE             40 PARKER
#4600
LOS ANGELES          CA  90071     EAST IRVINE        CA  92618
213 229-7255

                                   CV-05-6419
Caller: DEBORAH 7624               ALLIED V TYCO
Sig: AF NOT BILLED                 SUBPOENA
Time: 12:00   Date:  9/11/07       PLEASE SERVE TODAY      Adv.Chk:    81.00
                                   ADVANCED FEES NOT       ChkChg:      8.10
                                   BILLED
                                                           Total:      89.10
Reference: 92220-00173 SILBERBERG

FIRST LEGAL SUPPORT-LA

```
         CONTROL#   -----------CUSTOMER NAME-----------   CUST#
         3917699    GIBSON DUNN & CRUTCHER (L)            2901


         09/27/07   PROCESS-IMMEDIATE                     15:16
```

```
-------PICKUP INFO-----------      ---------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)         DR. LEONARD KIM              Base:      118.50
333 SOUTH GRAND AVENUE             100 WEST CALIFORNIA BL.
#4600                                                          Wait:       25.00
LOS ANGELES        CA  90071       PASADENA        CA  91105
213 229-7255
                                   CV-05-6419
Wait:  30                          ALLIED V TYCO                FuelChg:    11.85
Caller: CAROL 7624                 SUBPOENA
Sig: Personal                      ADVANCE FEES                 Adv.Chk:    58.00
Time: 16:08   Date:  9/27/07       MUST DEL BY 5:PM             ChkChg:      5.80
                                   HOT HOT HOT HOT HOT
                                                                Total:     219.15
Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

CONTROL#   -----------CUSTOMER NAME-----------   CUST#
  3867885   GIBSON DUNN & CRUTCHER (L)    2901


07/23/07   BRANCH ASAP PROCESS    9:22

-------PICKUP INFO-----------  ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)   MASIMO CORP     Base:    117.50
333 SOUTH GRAND AVENUE    40 PARKER
#4600
LOS ANGELES    CA  90071   EAST IRVINE    CA  92618
213 229-7255


                       CV-05-6419
Caller: DEBORAH 7624      ALLIED V TYCO     FuelChg:   11.75
Sig: Chris Kilpatrick,    SUBPOENA
Time: 16:45  Date: 7/23/07   PLEASE SERVE TODAY  Adv.Chk:   81.00
                       ADVANCE FEES      ChkChg:    8.10

                                         Total:   218.35

Reference: 92220-00173 SILBERBERG

FIRST LEGAL SUPPORT-LA

```
        CONTROL#    -----------CUSTOMER NAME-----------    CUST#
        3867927     GIBSON DUNN & CRUTCHER (L)             2901


        07/23/07    FORWARD PROCESS-SAMEDAY               9:51
```

```
-------PICKUP INFO-----------   ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)      MAXTEC                           Base:      279.00
333 SOUTH GRAND AVENUE          6526 S. COTTONWOOD ST.
#4600
LOS ANGELES         CA  90071   SALT LAKE CITY    UT  84107
213 229-7255                                                     Fax/Fed:    35.00

                                CV-05-6419
Caller: DEBORAH 7624            ALLIED V TYCO
Sig: LUKE ANDERSON VP M         SUBPOENA
Time: 15:34   Date: 7/25/07     PLEASE SERVE TODAY
                                DO NOT ADV FEES

                                                                Total:     314.00
Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

```
          CONTROL#   -----------CUSTOMER NAME-----------   CUST#
          3867863    GIBSON DUNN & CRUTCHER (L)             2901


          07/23/07   FORWARD PROCESS-SAMEDAY               9:10
```

```
-------PICKUP INFO-----------   ---------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)       MEDASSETS HSCA               Base:      279.00
333 SOUTH GRAND AVENUE           100 NORTH POINT CENTER EAST
#4600                            200
LOS ANGELES        CA  90071     ALPHARETTA       GA  30022
213 229-7255                                                 Fax/Fed:    10.00

                                 CV-05-6419
Caller: DEBORAH 7624             ALLIED V TYCO
Sig: CHRISTA JOHNSON             SUBPOENA
Time: 12:00   Date: 7/25/07      PLEASE SERVE TODAY          Adv.Chk:    73.00
                                 ADVANCE FEES                ChkChg:      7.30

                                                             Total:     369.30
Reference: 92220-00173 SILBERBERG
```

93

FIRST LEGAL SUPPORT-LA

```
          CONTROL#    -----------CUSTOMER NAME-----------   CUST#
          3867925     GIBSON DUNN & CRUTCHER (L)            2901


          07/23/07    FORWARD PROCESS-SAMEDAY              9:49

-------PICKUP INFO-----------    ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)       NONIN MEDICAL INC.              Base:      279.00
333 SOUTH GRAND AVENUE           13700 1ST AVENUE NORTH
#4600
LOS ANGELES       CA  90071      PLYMOUTH         MN  55441
213 229-7255                                                    Fax/Fed:    10.00

                                 CV-05-6419
Caller: DEBORAH 7624             ALLIED V TYCO
Sig: STEVE BUCHOLZ CHIE          SUBPOENA
Time: 10:10   Date:  7/24/07     PLEASE SERVE TODAY
                                 DO NOT ADV FEES
                                                               Total:     289.00
Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|----------|-----------------------------------|-------|
| 3925814  | GIBSON DUNN & CRUTCHER (L)         | 2901  |

10/09/07    FORWARD PROCESS-SAMEDAY              12:35

-------PICKUP INFO-----------          ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)     NORTH GENERAL HOSPITAL       Base:        279.00
333 SOUTH GRAND AVENUE         1879 MADISON AVE.
#4600
LOS ANGELES       CA  90071    NEW YORK        NY  10022
213 229-7255                                               Fax/Fed:      10.00

                               CV-05-6419
Caller: SOGOL                  ALLIED V TYCO
Sig: Barry Taub                SUBPOENA
Time: 9:10    Date: 10/10/07   PLEASE SERVE TODAY           Adv.Chk:      46.00
                               ADVANCE FEES                 ChkChg:        4.60

                                                            Total:       339.60

Reference: 92220-00173 PIRNAZAR

95

FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|---|---|---|
| 3867878 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07   FORWARD PROCESS-SAMEDAY                 9:20

```
-------PICKUP INFO-----------    ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)       NOVATION                        Base:      279.00
333 SOUTH GRAND AVENUE           125 E. JOHN CARPENTER FREEWAY
#4600                            1400
LOS ANGELES        CA  90071     IRVING          TX  75062
213 229-7255                                                     Fax/Fed:    10.00

                                 CV-05-6419
Caller: DEBORAH 7624             ALLIED V TYCO
Sig: LOREN SOBEL CORP A          SUBPOENA
Time: 15:15   Date:  7/24/07     PLEASE SERVE TODAY
                                 ADVANCE FEES

                                                                Total:     289.00
Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

```
          CONTROL#    ----------CUSTOMER NAME----------    CUST#
          3867880     GIBSON DUNN & CRUTCHER (L)            2901


          07/23/07    FORWARD PROCESS-SAMEDAY               9:21

-------PICKUP INFO-----------    ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)       PHILIPS MEDICAL SYSTEMS N.A.    Base:      279.00
333 SOUTH GRAND AVENUE           3000 MINUTEMAN ROAD
#4600
LOS ANGELES        CA  90071     ANDOVER          MA  01810
213 229-7255                                                     Fax/Fed:    35.00

                                 CV-05-6419
Caller: DEBORAH 7624             ALLIED V TYCO
Sig: RUTH CONLEY   SEC           SUBPOENA
Time: 15:08   Date:  7/24/07     PLEASE SERVE TODAY
                                 ADVANCE FEES

                                                                Total:     314.00

Reference: 92220-00173 SILBERBERG
```

97

FIRST LEGAL SUPPORT-LA

|  | CONTROL# | -----------CUSTOMER NAME----------- | CUST# |
|  | 3867859 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07    FORWARD PROCESS-SAMEDAY                 9:07

-------PICKUP INFO-----------     ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)      PREMIER INC.                    Base:      279.00
333 SOUTH GRAND AVENUE         2320 CASCADE POINTE BL.
#4600
LOS ANGELES          CA  90071  CHARLOTTE          NC  28208
213 229-7255                                                    Fax/Fed:    10.00

                                CV-05-6419
Caller: DEBORAH 7624            ALLIED V TYCO
Sig: IBETTE NILLAN LGL          SUBPOENA
Time: 15:44   Date: 7/24/07     PLEASE SERVE TODAY
                                ADVANCE FEES

                                                                Total:     289.00
Reference: 92220-00173 SILBERBERG

98

# FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|---|---|---|
| 3867924 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07    BRANCH ASAP PROCESS                        9:48

```
-------PICKUP INFO-----------      ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)         QUATTRO CONSULTING INC.        Base:        128.50
333 SOUTH GRAND AVENUE             1330 ORANGE AVE.
#4600
LOS ANGELES          CA  90071     CORONADO           CA  92118
213 229-7255                       619 437-4922

                                   CV-05-6419
Caller: DEBORAH 7624               ALLIED V TYCO                  FuelChg:      12.85
Sig: Laura Wright, a.a             SUBPOENA
Time: 14:01   Date:  7/24/07       PLEASE SERVE TODAY
                                   DO NOT ADV FEES

                                                                 Total:       141.35
Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

```
          CONTROL#    -----------CUSTOMER NAME-----------   CUST#
           3867921    GIBSON DUNN & CRUTCHER (L)             2901


          07/23/07    FORWARD PROCESS-SAMEDAY               9:47
```

-------PICKUP INFO-----------    ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)       RESPIRONICS INC.                Base:      279.00
333 SOUTH GRAND AVENUE           1010 MURRY RIDGE LANE
#4600
LOS ANGELES        CA  90071     MURRYSVILLE       PA  15668
213 229-7255                                                     Fax/Fed:    10.00

                                 CV-05-6419
Caller: DEBORAH 7624             ALLIED V TYCO
Sig: TERRY HAN COUNSEL           SUBPOENA
Time: 13:20   Date: 7/27/07      PLEASE SERVE TODAY
                                 DO NOT ADV FEES

                                                                Total:     289.00
Reference: 92220-00173 SILBERBERG

FIRST LEGAL SUPPORT-LA

CONTROL# -----------CUSTOMER NAME----------- CUST#
3867926  GIBSON DUNN & CRUTCHER (L)            2901

07/23/07  FORWARD PROCESS-SAMEDAY              9:50

-------PICKUP INFO-----------  ---------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)     SENSIDYNE INC.                Base:      279.00
333 SOUTH GRAND AVENUE         1633 BAY VISTA DR.
#4600
LOS ANGELES        CA  90071   CLEARWATER      FL  33760
213 229-7255                                                 Fax/Fed:    35.00

                               CV-05-6419
Caller: DEBORAH 7624           ALLIED V TYCO
Sig: DENISE VOYLE CSR          SUBPOENA
Time: 13:35   Date: 7/27/07    PLEASE SERVE TODAY
                               DO NOT ADV FEES

                                                             Total:     314.00
Reference: 92220-00173 SILBERBERG

101

FIRST LEGAL SUPPORT-LA

```
          CONTROL#    -----------CUSTOMER NAME-----------  CUST#
          3867917     GIBSON DUNN & CRUTCHER (L)            2901


          07/23/07    FORWARD PROCESS-SAMEDAY               9:46
```

```
-------PICKUP INFO-----------   ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)      SIEMENS CORP                   Base:      279.00
333 SOUTH GRAND AVENUE          153 E. 53RD ST.
#4600
LOS ANGELES        CA  90071    NEW YORK          NY  10022
213 229-7255                                                   Fax/Fed:    10.00


                                CV-05-6419
Caller: DEBORAH 7624            ALLIED V TYCO
Sig: PHILLIP J. PASELTI         SUBPOENA
Time: 15:26   Date: 7/24/07     PLEASE SERVE TODAY
                                DO NOT ADV FEES

                                                               Total:     289.00

Reference: 92220-00173 SILBERBERG
```

FIRST LEGAL SUPPORT-LA

|  | CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|  | 3867914 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07   FORWARD PROCESS-SAMEDAY                    9:43

-------PICKUP INFO-----------        ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)           SMITHS MEDICAL MD INC.          Base:      279.00
333 SOUTH GRAND AVENUE               1265 GREY FOX RD.
#4600
LOS ANGELES        CA  90071         ST PAUL           MN  55112
213 229-7255                                                        Fax/Fed:    10.00

                                     CV-05-6419
Caller: DEBORAH 7624                 ALLIED V TYCO
Sig: RUSS DEVIES V.P                 SUBPOENA
Time: 10:00   Date:  7/24/07         PLEASE SERVE TODAY
                                     DO NOT ADV FEES

                                                                   Total:      289.00

Reference: 92220-00173 SILBERBERG

FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
| 3867867 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07    FORWARD PROCESS-SAMEDAY                    9:12

-------PICKUP INFO-----------    ----------DELIVERY INFO------
GIBSON DUNN & CRUTCHER (L)    SPACELABS MEDICAL          Base:      279.00
333 SOUTH GRAND AVENUE       5150 220 AVENUE S.E.
#4600
LOS ANGELES        CA  90071    ISSAQUAH        WA  98029
213 229-7255                                            Fax/Fed:    35.00

                              CV-05-6419
Caller: DEBORAH 7624          ALLIED V TYCO
Sig: KATHLEEN CALLAGHAN       SUBPOENA
Time: 15:05   Date: 7/24/07   PLEASE SERVE TODAY
                              ADVANCE FEES

                                                       Total:      314.00
Reference: 92220-00173 SILBERBERG

# FIRST LEGAL SUPPORT-LA

|  | CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|--|----------|-----------------------------------|-------|
|  | 3867916 | GIBSON DUNN & CRUTCHER (L) | 2901 |

07/23/07   BRANCH ASAP PROCESS                    9:45

| -------PICKUP INFO----------- | ---------DELIVERY INFO------ | | |
|--|--|--|--|
| GIBSON DUNN & CRUTCHER (L) | STRATEGIC DECISIONS GROUP | Base: | 175.00 |
| 333 SOUTH GRAND AVENUE | 735 EMERSON ST. | | |
| #4600 | | | |
| LOS ANGELES         CA  90071 | PALO ALTO         CA   94301 | | |
| 213 229-7255 | | | |

|  | CV-05-6419 | | |
|--|------------|--|--|
| Caller: DEBORAH 7624 | ALLIED V TYCO | FuelChg: | 17.50 |
| Sig: WILLIAM LEONG ATA | SUBPOENA | | |
| Time: 16:38   Date:  7/23/07 | PLEASE SERVE TODAY | Adv.Chk: | 15.00 |
|  | DO NOT ADV FEES | ChkChg: | 1.50 |
|  | | Total: | 209.00 |

Reference: 92220-00173 SILBERBERG

# EXHIBIT C

 **TRANSCRIPTS UNLIMITED**

# INVOICE



| Inv. # | 06-015 |
|---|---|
| Date | 03-14-06 |

3244 Pony Drive
Ontario, CA 91761-5084
(909) 673-7678
CCR ID# B-1875(GA)
Taxpayer ID: 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
wledge@msn.com

### INVOICES ARE DUE UPON RECEIPT
### LATE PAYMENTS WILL BE CHARGED A LATE FEE

**B I L L**
**GIBSON, DUNN & CRUTCHER LLP**
ATTN: CHRIS D. DUSSEAULT, Esq.
333 SOUTH GRAND AVE.
L.A., CA 90071-3197

(213) 229-7855

**S H I P**  SAME

| Date of Proceeding: | 03-02-06 | Type of Service: | Transcript | Reporter: | W.R. Ledge |
|---|---|---|---|---|---|
| Case No.: | CV-05-6419-MRP(AJWx) | Caption: | ALLIED vs. TYCO, et al. | | |

| QTY | Item | Description | Rate | Extension |
|---|---|---|---|---|
| 36 | Pages | Scheduling Conference, Original | $3.30 | $118.80 |
| 36 | Pages | Scheduling Conference, Copy | $0.83 | $029.88 |
| | | U.S.P.S. Priority Mail | | $004.05 |
| | | Split with Plaintiffs | | <$74.34> |

*9 0 0 2 6 0 7 4 1*

**NOTE: The Original transcript has been filed with the Clerk of Court.**

| | |
|---|---|
| Subtotal | $78.39 |
| Less Deposit | --0-- |
| *Late Charge | --0-- |
| ✓ Total Now Due | $78.39 |

Thank you for your order! If you need additional certified copies, ASCII diskettes, compressed transcripts, or Keyword Indices, please call.



**NOTE: Please make checks payable to Walter R. Ledge**

✓ **INVOICES ARE DUE AND PAYABLE UPON RECEIPT** ✓

### Please Return COPY of
### Invoice with Payment

**\*** *A late charge of $15 will be assessed on all accounts 14 days past due. Accounts are due 2 weeks after invoice date shown above.*

106

1                 MARTA BUSTILLOS, CSR

2               OFFICIAL COURT REPORTER

3            UNITED STATES DISTRICT COURT

4          CENTRAL DISTRICT OF CALIFORNIA

5         312 NORTH SPRING STREET, ROOM 404

6          LOS ANGELES, CALIFORNIA 90012

7              (213) 894-2739

8          TAX ID NUMBER:  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

9

10

11    TO:  DUNN & CRUTCHER

12                           INVOICE DATE: 05-18-06

13

14        ATTN:  LINDY

15        (310) 229-7855

*ALLIED*

16    RE:  *ORTHOPEDIC APPLIANCES V. TYCO HEALTH CARE, ET AL.*

          CV 05-6419-MRP

17

18   H.D. 04/06/06  PAGES  1 - 43 @ $ 1.10 PER PAGE:    $ 47.30

      ELECTRONIC PAGES  1 - 43 @ $ .83  PER PAGE:  $ 35.69

19

20                           SUBTOTAL:  $ 82.99

21                           DEPOSIT:   $ -0-

22                        TOTAL DUE:  $ 82.99

23                        BALANCE:  $ 82.99

24

25              THANK YOU VERY

                                   * 9 0 0 2 7 8 4 4 5 *

            U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

TYCO/Allied

FIRST LEGAL SUPPORT-LA

| CONTROL# | ----------CUSTOMER NAME---------- | CUST# |
|----------|-----------------------------------|-------|
| 3631415  | GIBSON DUNN & CRUTCHER (L)         | 2901  |

08/10/06    DELIVERY-RUSH                                    13:37

-------PICKUP INFO-----------          ----------DELIVERY INFO------
UNITED STATES DISTRICT COURT           GIBSON DUNN & CRUTCHER (L)      Base:         14.95
312 NORTH SPRING STREET                333 SOUTH GRAND AVENUE
ROOM G-19                              #4600
LOS ANGELES        CA  90012           LOS ANGELES        CA  90071
213 894-5261                           213 229-7255

                                       P/U TRANSCRIPT FROM
Caller: LINDIE                         MARK SCHWEITZER BOX
Sig: CHARLIE                           OUTSIDE HIS DOOR.
Time: 16:05    Date:  8/10/06          ADVANCE FEES OF
                                       $207.90 MADE PAYABLE
                                       TO MARK SCHWEITZER
                                       RTN BACK TO GD&C          Total:        14.95

Reference: 92220-00173 DUSSEAULT

FIRST LEGAL SUPPORT-LA

```
          CONTROL#    ----------CUSTOMER NAME----------   CUST#
          3650958     GIBSON DUNN & CRUTCHER (L)           2901


          09/09/06    ADDITIONAL BILLING                  13:53
```

```
-------PICKUP INFO-----------      ----------DELIVERY INFO------
UNITED STATES DISTRICT COURT       GIBSON DUNN & CRUTCHER (L)
312 NORTH SPRING STREET            333 SOUTH GRAND AVENUE
ROOM G-19                          #4600
LOS ANGELES        CA  90012       LOS ANGELES        CA  90071
213 894-5261                       213 229-7255
                                   Comment: * NO BASE CHARGE *
                                      P/U TRANSCRIPT FROM
Caller: LINDIE                        MARK SCHWEITZER BOX
Sig: fees paid to 36314               OUTSIDE HIS DOOR.
Time: 13:57  Date:  9/09/06           ADVANCE FEES OF        Adv.Chk:   208.00
                                      $207.90 MADE PAYABLE    ChkChg:     20.80
                                      TO MARK SCHWEITZER
                                      RTN BACK TO GD&C        Total:     228.80
Reference: 92220-00173 DUSSEAULT
```

109

# GIBSON, DUNN & CRUTCHER LLP
## REQUEST FOR CHECK

Use GD&C A/P Funds ☒
Use Client Trust Funds ☐
From Client on Account ☐

**If Check Is Required Immediately:**

| Date | Time Required | Approver (Type/Print) |
|------|---------------|------------------------|
|      |               | Signature              |

**Authorization To Return Check**

| Return Check to | Ext./Room# | Approver (Type/Print) |
|-----------------|------------|------------------------|
|                 |            | Signature              |

Init. | Date

## PROCESSING AND APPROVAL

**Payee Name**
*Mark Schweitzer*

**Address (Street, City, State, Zip Code)**
255 E. Temple Street, Rm. 181-H, Los Angeles, CA 90012

| V or P | Ven or Per No. | Invoice Due Date | Invoice Number | Invoice Date | Invoice Amount | Amount To Be Paid |
|--------|----------------|------------------|----------------|--------------|----------------|-------------------|
| V      |                | 449171           |                |              | $842.40        | $842.40           |

| Entity | Office | Dept. | Acct. | Function | Client, Project, Personal | Matter, sub-project | Amount | Description/Other |
|--------|--------|-------|-------|----------|---------------------------|---------------------|--------|-------------------|
| 01     | 10     | 1050  | 9533  | 095      | 92220                     | 00173               | $842.40 | Reporter's Transcript of July 16, 2007 hearing. |
|        |        |       |       |          |                           |                     |        |                   |
|        |        |       |       |          |                           |                     |        |                   |
|        |        |       |       |          |                           |                     |        |                   |

| Prepared By | Mat'l Service Rec'd By | Approver (Type/Print) | Approver (Type/Print) |
|-------------|------------------------|-----------------------|------------------------|
| *Pam Gee*   | Ext 7546               |                       |                        |
| For Add'l Info, Contact | Ext./Room # | Signature | Signature | Date |

## INVOICE OR ORIGINAL DOCUMENTATION MUST BE ATTACHED

*900380338*

110

## Gee, Pamela S.

| | |
|---|---|
| **From:** | Barinsky, Michele L. |
| **Sent:** | Wednesday, July 18, 2007 11:46 AM |
| **To:** | Gee, Pamela S. |
| **Subject:** | FW: Allied Orthopedic Appliances v. TYCO - 7/16/07 transcript and reporter's invoice |
| **Attachments:** | 31445404-07160701.ptx |

Can you process this invoice - client matter is 92220-00173

**From:** Mark Schweitzer [mailto:ms.usdc@yahoo.com]
**Sent:** Wednesday, July 18, 2007 11:38 AM
**To:** Barinsky, Michele L.
**Subject:** Allied Orthopedic Appliances v. TYCO - 7/16/07 transcript and reporter's invoice

Dear Michele,

Thanks again for checking on that spelling for me. Attached is an e-transcript of the above matter, and below is my invoice. I will mail you the hard copy.

Sincerely,

Mark Schweitzer

------------------------

INVOICE

To:
ATTN: Michele L. Barinsky, AAL
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7818

From:
Mark Schweitzer, CSR, CRR
255 East Temple Street
Rm. 181-H
Los Angeles, CA 90012
(213) 663-3494
Tax I.D. No. 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

Re: 7/16/07 transcript - Allied Orthopedic Appliances v. TYCO
*(CV 05-6419-MRP)*

130 @ $6.48 = $842.40
Due: $842.40

**111**

7/18/2007

Please remit to Mark Schweitzer, CSR, at my address above.

Thank you.

Mark Schweitzer, CSR, CRR
Official Court Reporter - USDC
255 East Temple Street
Rm. 181-H
Los Angeles, California 90012
(213) 663-3494

Sick sense of humor? Visit Yahoo! TV's Comedy with an Edge to see what's on, when.

112

7/18/2007

GIBSON, DUNN & CRUTCHER LLP
REQUEST FOR CHECK

Use GD&C A/P Funds ☒
Use Client Trust Funds ☐
From Client on Account ☐

| Init. | Date |
|---|---|
| | 1/18/08 |

SPECIAL HANDLING

**If Check Is Required Immediately:**

| Date | Time Required | Approver (Type/Print) |
|---|---|---|
| 1/18/08 | 4:00 pm | Heather L. Richardson |

Signature

Authorization To Return Check

| Return Check to | Ext./Room# | Approver (Type/Print) |
|---|---|---|
| Lisa M. Molina | 7624/5246A | Heather L. Richardson |

Signature

Amount To Be Paid
$561.48

PROCESSING AND APPROVAL

| Payee Name | Address (Street, City, State, Zip Code) |
|---|---|
| Margaret Babykin | 1218 Valebrook Place<br>Glendora, CA 91740 |

YY 7764

| V or P | Ven or Per No. | Invoice Due Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|

| Entity | Office | Dept. | Acct. | Function | Client, Project, Personal | Matter, sub-project | Amount | Description/Other |
|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 1098 | 9531 | 095 | 92220 | 00173 | $561.48 | Transcript under seal. (NOTE: Cost called in and required before transcript can be released.) |

| Prepared By | Mat'l Service Rec'd By | Approver (Type/Print) |
|---|---|---|
| Lisa M. Molina | | Heather L. Richardson |

| For Add'l Info, Contact | Ext./Room # | Signature |
|---|---|---|
| Lisa M. Molina | 7624/5246A | |

| Approver (Type/Print) | |
|---|---|
| Signature | Date |
| | 1/18/08 |

INVOICE OR ORIGINAL DOCUMENTATION

*9004425533*

38305

113

# GIBSON, DUNN & CRUTCHER LLP
## REQUEST FOR CHECK

Use GD&C A/P Funds ☒
Use Client Trust Funds ☐
From Client on Account ☐

| | |
|---|---|
| Init. | Date |

## SPECIAL HANDLING

### If Check Is Required Immediately:

| Date | Time Required | Approver (Type/Print) |
|---|---|---|
| 7/28/08 | 3:00 pm | Carol M. Silberberg |

Signature 

### Authorization To Return Check

| Return Check to | Ext./Room# | Approver (Type/Print) |
|---|---|---|
| Lisa M. Molina | 7624/5246A | Carol M. Silberberg |

| | Amount To Be Paid |
|---|---|
| | $720.72 |

## PROCESSING AND APPROVAL

**Payee Name**
Margaret Babykin

**Address (Street, City, State, Zip Code)**
1218 Valebrook Place
Glendora, CA 91740

| V or P | Ven or Per No. | Invoice Due Date | Invoice Number | Invoice Date | Invoice Amount | Description/Other |
|---|---|---|---|---|---|---|
| V | | | | | | Transcript - June 30, 2008. |

| Entity | Office | Dept. | Acct. | Function | Client, Project, Personal | Matter, sub-project | Amount |
|---|---|---|---|---|---|---|---|
| 01 | 10 | 1098 | 9533 | 095 | 92220 | 00173 | $720.72 |
| | | | | | | | |

| Prepared By | Mat'l Service Rec'd By | Approver (Type/Print) | Approver (Type/Print) |
|---|---|---|---|
| Lisa M. Molina | | Carol M. Silberberg | |
| | | Signature | Signature |

| For Add'l Info, Contact | Ext./Room # | | Date |
|---|---|---|---|
| Lisa M. Molina | 7624/5246A | | 7/25/08 |

**Print on brown paper**

RECEIVED INVOICE OR ORIGINAL DOCUMENTATION MUST BE ATTACHED

JUL 2 8 2008  Accounting Dept.  114

I00373660_1.D

*90048768 8*

# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

333 South Grand Avenue  Los Angeles, California 90071-3197
(213) 229-7000
www.gibsondunn.com

CSilberberg@gibsondunn.com

July 8, 2008

**Direct Dial**
(213) 229-7710
**Fax No.**
(213) 229-6710

**Client No.**
T 92220-00173

**VIA U.S. MAIL**

Margaret Babykin
1218 Valebrook Place
Glendora, CA  91740

> Re:   *Allied Orthopedic Appliances, et al. v. Tyco Healthcare Group, LP, et al.*

Dear Ms. Babykin:

Enclosed herewith is a check in the amount of $720.72 required for a copy of the June 30, 2008 transcript regarding the above-entitled matter.

Very truly yours,

*Carol M Silberberg /lmm*

Carol M. Silberberg

CMS/lmm
Enclosure

100491543_1.DOC

115

ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER - SEE BACK FOR DETAILS

**GIBSON, DUNN & CRUTCHER LLP**

895913

333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000

Wachovia Bank, N.A.
Greenville, South Carolina
Payable if Desired at:
Wells Fargo Bank, N.A.
4759-006168

6715532

Date: July 28, 2008

$ ***720.72***

Pay: Seven hundred twenty and 72/100

PAY
TO THE
ORDER
OF

MARGARET BABYKIN
1218 VALEBROOK PLACE
GLENDORA, CA 91740

CHECK VOID AFTER 90 DAYS

⑈008959⑊3⑈ ⑊053200019⑈ 20799710539 37⑈

---



VT

Payee: MARGARET BABYKIN
Vendor ID: 000447841 - MARGARET BABYKIN

Requested: 5830784    Check #: 895913
Check Date: Jul 28,08

| Invoice Num | Invoice Date | Narrative | Invoice Amount | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 07/28/08 | Jul 28,08 | | | | $720.72 |
| | | | | | $720.72 |

116