```
 1                 UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4                            - - -

 5     HONORABLE MARIANA R. PFAELZER, DISTRICT JUDGE PRESIDING

 6

 7     ALLIED ORTHOPEDIC APPLIANCES,    )
       INC.,                            )
 8                                      )
            Plaintiffs,                 )
 9                                      )
                                        )
10                                      ) No. CV 05-06419-MRP
          vs.                           )
11                                      )
                                        )
12                                      )
       TYCO HEALTHCARE GROUP, ET AL.,   )
13                                      )
            Defendants.                 )
14     _____

15

16            REPORTER'S TRANSCRIPT OF PROCEEDINGS

17               TELEPHONIC STATUS CONFERENCE

18                  LOS ANGELES, CALIFORNIA

19                  TUESDAY, AUGUST 14,2007

20     _____

21
                        MARIA R. BUSTILLOS
22                     OFFICIAL COURT REPORTER
                           C.S.R. 12254
23                    UNITED STATES COURTHOUSE
                      312 NORTH SPRING STREET
24                          ROOM 404
                   LOS ANGELES, CALIFORNIA 90012
25                       (213) 894-2739
```

1                     **A P P E A R A N C E S**

4    **ON BEHALF OF THE PLAINTIFFS,**
     **ALLIED ORTHOPEDIC**                  GARWIN, GERSTEIN & FISHER
5    **APPLIANCES, INC.:**                  BY:  GARWIN, GERSTEIN &
                                            FISHER, ESQ.
6                                           1501 BROADWAY
                                            SUITE 1416
7                                           NEW YORK, NY, 10036
                                            (212) 398-0055

                                            KAPLAN, FOX & KILSHEIMER
9                                           BY:  LORI S. BRODY, ESQ.
                                            1801 CENTURY PARK EAST
10                                          SUITE 1460
                                            LOS ANGELES, CALIFORNIA 90067
11                                          (310) 785-0800

12                                          COHEN, MILSTEIN, HAUSFELD &
                                            TOLL
13                                          BY:  BRENTW. LANDAU, ESQ.
                                            255 S. 17TH STREET
14                                          SUITE 1307
                                            PHILADELPHIA, PA 19103
15                                          (267) 773-4684

16   ON BEHALF OF THE DEFENDANTS,
     TYCO HEALTH CARE GROUP,                GIBSON, DUNN & CRUTCHER
17   INC.,                                  BY:  CHRISTOPHER D.
                                            DUSSEAULT, ESQ.
18                                          333 S. GRAND AVENUE
                                            45TH FLOOR
19                                          LOS ANGELES, CALIFORNIA 90071
                                            (213) 229-7000

**I N D E X**

                                            PAGE

*TELEPHONIC STATUS CONFERENCE*:                     4

```
 1           LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 14, 2007
 2                              -o0o-
 3                  (COURT IN SESSION AT 11:00 A.M.)
 4           THE CLERK:  Good morning, Counsel.
 5           In the matter of case number CV 05-6419-MRP:
 6   Allied Orthopedic Appliances vs. Tyco Healthcare.
 7           Counsel, please state your appearances for the
 8   record.
 9           MR. GERSTEIN:  Bruce Gerstein and
10   Jarissa Valper (phonetic) from Garwin, Gerstein & Fisher for
11   the plaintiff, Your Honor.
12           MR. LANDAU:  Good afternoon, Your Honor.
13   Brent Landau from Cohen, Milstein, Hausfeld & Toll also for
14   the plaintiffs.
15           MS. BRODY:  Good afternoon, Your Honor.  Lori Brody
16   Kaplan, Fox & Kilsheimer, liasion counsel for the plaintiffs.
17   MR. DUSSEAULT:  Good afternoon, Your Honor.  Chris Dusseault
18   and Carol Silberberg of Gibson, Dunn & Crutcher for the
19   defendants.
20           THE COURT:  So I have the schedule.  Do either of
21   you want to address it?
22           MR. DUSSEAULT:  Your Honor, this is Chris Dusseault
23   from Gibson, Dunn for the defendants.  I think we could
24   address any questions your Honor might have about it; but
25   otherwise from defendant's perspective, it -- it reflects the
```

1  efforts of the parties to discuss yesterday and today and to
2  come forward with a proposal that we thought worked.
3          THE COURT:  Are you -- yes.  I just have one
4  question.
5          MR. DUSSEAULT:  Yes, your Honor.
6          THE COURT:  Are you telling me that you've agreed
7  that you could have more experts on the class motion?
8          MR. DUSSEAULT:  No, your Honor.  I appreciate that
9  clarification.  I don't think that's the agreement.  I had
10 mentioned on the call yesterday that if plaintiffs were
11 concerned about additional third-party discovery being taken,
12 that one possible solution might be that they could
13 supplement their reports.  This morning the plaintiffs
14 expressed an interest in being able to supplement their
15 existing expert reports based on information that might be
16 obtained from third parties in the additional third party
17 discovery that hasn't yet been taken.
18         My understanding is that that's the limited purpose
19 of the supplementation.  So it would be the same experts and
20 supplementation limited to information that's learned in
21 third-party discovery.
22         THE COURT:  Mr. Gerstein?
23         MR. GERSTEIN:  Yes, Your Honor.  That's consistent
24 with our view.  We have one question for clarification based
25 on your directions yesterday.  And that is in connection with

1    the filings and the initial class certification motion, do
2    you contemplate that we're going to be filing a new affidavit
3    by the expert in support of that motion or -- or rely on the
4    prior filing?  We think --
5             THE COURT:  No.  I think you have to rely on the
6    prior filing.
7             MR. GERSTEIN:  The prior declarations?
8             THE COURT:  Yes, because we're not going to start
9    the battle of the experts again.
10            MR. GERSTEIN:  Okay.  So that would be both sides
11   would be submitted --
12            THE COURT:  Both sides.
13            MR. GERSTEIN:  Okay.  That's fine, Your Honor.
14            THE COURT:  Now, this is all right.  It certainly
15   is long.  It goes way out there; but if I give you this
16   schedule with the understanding that we're going to go right
17   to trial, I don't want you to ask for anymore continuations
18   or extensions.  Is that understood?
19            MR. BERSTEIN:  Yes, Your Honor.
20            MR. DUSSEAULT:  That is understood, Your Honor.
21   Your Honor, could I ask for one clarification on your
22   response to Mr. Gerstein's question.  And obviously, we're
23   working a bit in a vacuum here in terms of what will be
24   coming.  But is it your view that even if plaintiffs come in
25   with a memorandum that take different positions as to the

```
 1   class and why it should be certified, that we would not be
 2   allowed to submit a supplemental declaration from an expert
 3   addressing those changes?
 4           THE COURT:  I'm anticipating that we're not going
 5   to have anymore experts with respect to this because what
 6   we're doing now is we're briefing a class that was
 7   contemplated by the original documents, but it's narrower.
 8           MR. DUSSEAULT:  Okay.  I understand, Your Honor.
 9   Thank you.
10           THE COURT:  All right.  This is okay with me.
11   Reduce it to a stipulation.
12           MR. DUSSEAULT:  We will do that.
13           THE COURT:  Thank you.
14           MR. DUSSEAULT:  Thank you, Your Honor.
15           MR. GERSTEIN:  Okay.  Have a good day.
16           MS. BRODY:  Okay.  Thank you, Your Honor.
17              (Whereupon the proceedings adjourned.)
18                              - - -
19
20
21
22
23
24
25
```

```
 1                      C E R T I F I C A T E
 2
 3
 4
 5    ALLIED ORTHOPEDIC APPLIANCES,     :
 6    INC.                              :   No. CV 05-6410-MRP
 7                 vs.                  :
 8    TYCO HEALTHCARE GROUP
 9
10
11   I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE
12   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
13   CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
14   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
15   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
16   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
17   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS
18   OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
19   FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE
20   REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE
21   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
22
23   _____         01/28/2009
24   MARIA R. BUSTILLOS                          DATE
     OFFICIAL REPORTER
25
```

## 0

**01/27/2009** [1] - 8:23
**05-06410-MRP** [1] - 1:10
**05-6410-MRP** [1] - 8:6
**05-6419-MRP** [1] - 4:5

## 1

**10036** [1] - 2:7
**11:00** [1] - 4:3
**12254** [1] - 1:22
**1307** [1] - 2:14
**14** [1] - 4:1
**14,2007** [1] - 1:19
**1416** [1] - 2:6
**1460** [1] - 2:10
**1501** [1] - 2:6
**17TH** [1] - 2:13
**1801** [1] - 2:9
**19103** [1] - 2:14

## 2

**2007** [1] - 4:1
**212** [1] - 2:7
**213** [2] - 1:25, 2:19
**229-7000** [1] - 2:19
**255** [1] - 2:13
**267** [1] - 2:15
**28** [1] - 8:14

## 3

**310** [1] - 2:11
**312** [1] - 1:23
**333** [1] - 2:18
**398-0055** [1] - 2:7

## 4

**4** [1] - 3:4
**404** [1] - 1:24
**45TH** [1] - 2:18

## 7

**753** [1] - 8:13
**773-4684** [1] - 2:15
**785-0800** [1] - 2:11

## 8

**894-2739** [1] - 1:25

## 9

**90012** [1] - 1:24
**90067** [1] - 2:10
**90071** [1] - 2:19

## A

**A.M** [1] - 4:3
**able** [1] - 5:14
**ABOVE** [1] - 8:16
**ABOVE-ENTITLED** [1] - 8:16
**additional** [2] - 5:11, 5:16
**address** [2] - 4:21, 4:24
**addressing** [1] - 7:3
**adjourned** [1] - 7:17
**affidavit** [1] - 6:2
**afternoon** [3] - 4:12, 4:15, 4:17
**agreed** [1] - 5:6
**agreement** [1] - 5:9
**AL** [1] - 1:12
**Allied** [1] - 4:6
**ALLIED** [3] - 1:7, 2:4, 8:5
**allowed** [1] - 7:2
**AND** [3] - 8:11, 8:14, 8:16
**AND/OR** [1] - 8:20
**ANGELES** [5] - 1:18, 1:24, 2:10, 2:19, 4:1
**anticipating** [1] - 7:4
**ANY** [1] - 8:19
**appearances** [1] - 4:7
**APPLIANCES** [3] - 1:7, 2:5, 8:5
**Appliances** [1] - 4:6
**appreciate** [1] - 5:8
**ARE** [1] - 8:20
**AT** [1] - 4:3
**AUGUST** [2] - 1:19, 4:1
**AVENUE** [1] - 2:18

## B

**based** [2] - 5:15, 5:24
**battle** [1] - 6:9
**BEHALF** [2] - 2:4, 2:16
**BERSTEIN** [1] - 6:19
**bit** [1] - 6:23
**Brent** [1] - 4:13
**BRENTW** [1] - 2:13
**briefing** [1] - 7:6
**BROADWAY** [1] - 2:6
**Brody** [1] - 4:15
**BRODY** [3] - 2:9, 4:15, 7:16
**Bruce** [1] - 4:9
**BUSTILLOS** [3] - 1:21, 8:11, 8:24
**BY** [4] - 2:5, 2:9, 2:13, 2:17

## C

**C.S.R** [1] - 1:22
**CALIFORNIA** [7] - 1:2, 1:18, 1:24, 2:10, 2:19, 4:1, 8:13
**CARE** [1] - 2:16
**Carol** [1] - 4:18
**case** [1] - 4:5
**CENTRAL** [2] - 1:2, 8:12
**CENTURY** [1] - 2:9
**certainly** [1] - 6:14
**certification** [1] - 6:1
**certified** [1] - 7:1
**CERTIFY** [1] - 8:13
**changes** [1] - 7:3
**CHARGED** [1] - 8:19
**Chris** [2] - 4:17, 4:22
**CHRISTOPHER** [1] - 2:17
**CIRCUIT** [1] - 8:19
**clarification** [3] - 5:9, 5:24, 6:21
**class** [4] - 5:7, 6:1, 7:1, 7:6
**CLERK** [1] - 4:4
**CODE** [1] - 8:14
**Cohen** [1] - 4:13
**COHEN** [1] - 2:12
**coming** [1] - 6:24
**concerned** [1] - 5:11
**CONFERENCE** [4] - 1:17, 3:4, 8:18, 8:21
**CONFORMANCE** [2] - 8:17, 8:20
**connection** [1] - 5:25
**consistent** [1] - 5:23
**contemplate** [1] - 6:2
**contemplated** [1] - 7:7
**continuations** [1] - 6:17
**CORRECT** [1] - 8:15
**counsel** [1] - 4:16
**Counsel** [2] - 4:4, 4:7
**COURT** [16] - 1:1, 1:22, 4:3, 4:20, 5:3, 5:6, 5:22, 6:5, 6:8, 6:12, 6:14, 7:4, 7:10, 7:13, 8:11, 8:12
**COURTHOUSE** [1] - 1:23
**CRUTCHER** [1] - 2:16
**Crutcher** [1] - 4:18
**CV** [3] - 1:10, 4:5, 8:6

## D

**DATE** [1] - 8:24
**declaration** [1] - 7:2
**declarations** [1] - 6:7
**defendant's** [1] - 4:25
**Defendants** [1] - 1:13
**defendants** [2] - 4:19, 4:23
**DEFENDANTS** [1] - 2:16
**DEPOSIT** [1] - 8:20
**different** [1] - 6:25
**directions** [1] - 5:25
**discovery** [3] - 5:11, 5:17, 5:21
**discuss** [1] - 5:1
**DISTRICT** [5] - 1:1, 1:2, 1:5, 8:12
**DIVISION** [1] - 1:3
**DO** [1] - 8:13
**documents** [1] - 7:7
**DUNN** [1] - 2:16
**Dunn** [2] - 4:18, 4:23
**DUSSEAULT** [9] - 2:17, 4:17, 4:22, 5:5, 5:8, 6:20, 7:8, 7:12, 7:14
**Dusseault** [2] - 4:17, 4:22

## E

**EAST** [1] - 2:9
**efforts** [1] - 5:1
**either** [1] - 4:20
**ENTITLED** [1] - 8:16
**ESQ** [4] - 2:5, 2:9, 2:13, 2:17
**ET** [1] - 1:12
**existing** [1] - 5:15
**expert** [3] - 5:15, 6:3, 7:2
**experts** [4] - 5:7, 5:19, 6:9, 7:5
**expressed** [1] - 5:14
**extensions** [1] - 6:18

## F

**FEE** [1] - 8:19
**FEES** [1] - 8:19
**filing** [3] - 6:2, 6:4, 6:6
**filings** [1] - 6:1
**fine** [1] - 6:13
**Fisher** [1] - 4:10
**FISHER** [2] - 2:4, 2:5
**FLOOR** [1] - 2:18
**FOR** [3] - 8:11, 8:12, 8:19
**FOREGOING** [1] - 8:14
**FORMAT** [1] - 8:17
**forward** [1] - 5:2
**FOX** [1] - 2:8
**Fox** [1] - 4:16

## G

**GARWIN** [2] - 2:4, 2:5
**Garwin** [1] - 4:10

**GERSTEIN** [8] - 2:4, 2:5, 4:9, 5:23, 6:7, 6:10, 6:13, 7:15
**Gerstein** [3] - 4:9, 4:10, 5:22
**Gerstein's** [1] - 6:22
**GIBSON** [1] - 2:16
**Gibson** [2] - 4:18, 4:23
**GRAND** [1] - 2:18
**GROUP** [3] - 1:12, 2:16, 8:8

## H

**Hausfeld** [1] - 4:13
**HAUSFELD** [1] - 2:12
**HEALTH** [1] - 2:16
**HEALTHCARE** [2] - 1:12, 8:8
**Healthcare** [1] - 4:6
**HELD** [1] - 8:16
**HEREBY** [1] - 8:13
**Honor** [16] - 4:11, 4:12, 4:15, 4:17, 4:22, 4:24, 5:5, 5:8, 5:23, 6:13, 6:19, 6:20, 6:21, 7:8, 7:14, 7:16
**HONORABLE** [1] - 1:5

## I

**IN** [5] - 4:3, 8:11, 8:16, 8:17, 8:20
**INC** [4] - 1:7, 2:5, 2:17, 8:6
**information** [2] - 5:15, 5:20
**initial** [1] - 6:1
**interest** [1] - 5:14
**IS** [2] - 8:14, 8:17

## J

**Jarissa** [1] - 4:10
**JUDGE** [1] - 1:5
**JUDICIAL** [2] - 8:18, 8:21

## K

**KAPLAN** [1] - 2:8
**Kaplan** [1] - 4:16
**KILSHEIMER** [1] - 2:8
**Kilsheimer** [1] - 4:16

## L

**LANDAU** [2] - 2:13, 4:12
**Landau** [1] - 4:13
**learned** [1] - 5:20

**LESS** [1] - 8:19
**liasion** [1] - 4:16
**limited** [2] - 5:18, 5:20
**LORI** [1] - 2:9
**Lori** [1] - 4:15
**LOS** [5] - 1:18, 1:24, 2:10, 2:19, 4:1

### M

**MARIA** [3] - 1:21, 8:11, 8:24
**MARIANA** [1] - 1:5
**matter** [1] - 4:5
**MATTER** [1] - 8:16
**memorandum** [1] - 6:25
**mentioned** [1] - 5:10
**might** [3] - 4:24, 5:12, 5:15
**MILSTEIN** [1] - 2:12
**Milstein** [1] - 4:13
**morning** [2] - 4:4, 5:13
**motion** [3] - 5:7, 6:1, 6:3
**MR** [16] - 4:9, 4:12, 4:17, 4:22, 5:5, 5:8, 5:23, 6:7, 6:10, 6:13, 6:19, 6:20, 7:8, 7:12, 7:14, 7:15
**MS** [2] - 4:15, 7:16

### N

**narrower** [1] - 7:7
**new** [1] - 6:2
**NEW** [1] - 2:7
**NORTH** [1] - 1:23
**number** [1] - 4:5
**NY** [1] - 2:7

### O

**obtained** [1] - 5:16
**obviously** [1] - 6:22
**OF** [10] - 1:2, 1:16, 2:4, 2:16, 8:12, 8:15, 8:18, 8:21
**OFFICIAL** [3] - 1:22, 8:11, 8:24
**ON** [2] - 2:4, 2:16
**one** [4] - 5:3, 5:12, 5:24, 6:21
**original** [1] - 7:7
**ORTHOPEDIC** [3] - 1:7, 2:4, 8:5
**Orthopedic** [1] - 4:6
**otherwise** [1] - 4:25

### P

**PA** [1] - 2:14
**PAGE** [2] - 3:3, 8:17

**PARK** [1] - 2:9
**parties** [2] - 5:1, 5:16
**party** [3] - 5:11, 5:16, 5:21
**perspective** [1] - 4:25
**PFAELZER** [1] - 1:5
**PHILADELPHIA** [1] - 2:14
**phonetic** [1] - 4:10
**plaintiff** [1] - 4:11
**Plaintiffs** [1] - 1:8
**plaintiffs** [5] - 4:14, 4:16, 5:10, 5:13, 6:24
**PLAINTIFFS** [1] - 2:4
**positions** [1] - 6:25
**possible** [1] - 5:12
**PRESIDING** [1] - 1:5
**proceedings** [1] - 7:17
**PROCEEDINGS** [2] - 1:16, 8:16
**proposal** [1] - 5:2
**purpose** [1] - 5:18
**PURSUANT** [1] - 8:13

### Q

**questions** [1] - 4:24

### R

**record** [1] - 4:8
**Reduce** [1] - 7:11
**REDUCTION** [1] - 8:20
**reflects** [1] - 4:25
**REGULATIONS** [2] - 8:17, 8:21
**rely** [2] - 6:3, 6:5
**REPORTED** [1] - 8:15
**REPORTER** [3] - 1:22, 8:11, 8:24
**REPORTER'S** [1] - 1:16
**reports** [2] - 5:13, 5:15
**respect** [1] - 7:5
**response** [1] - 6:22
**ROOM** [1] - 1:24

### S

**schedule** [2] - 4:20, 6:16
**SECTION** [1] - 8:13
**SESSION** [1] - 4:3
**sides** [2] - 6:10, 6:12
**Silberberg** [1] - 4:18
**solution** [1] - 5:12
**SPRING** [1] - 1:23
**start** [1] - 6:8
**state** [1] - 4:7
**STATES** [6] - 1:1, 1:23, 8:12, 8:14, 8:18, 8:21

**STATUS** [2] - 1:17, 3:4
**STENOGRAPHICALLY** [1] - 8:15
**stipulation** [1] - 7:11
**STREET** [2] - 1:23, 2:13
**submit** [1] - 7:2
**submitted** [1] - 6:11
**SUITE** [3] - 2:6, 2:10, 2:14
**supplement** [2] - 5:13, 5:14
**supplemental** [1] - 7:2
**supplementation** [2] - 5:19, 5:20
**support** [1] - 6:3

### T

**TELEPHONIC** [2] - 1:17, 3:4
**terms** [1] - 6:23
**THAT** [2] - 8:13, 8:16
**THE** [26] - 2:4, 2:16, 4:4, 4:20, 5:3, 5:6, 5:22, 6:5, 6:8, 6:12, 6:14, 7:4, 7:10, 7:13, 8:11, 8:12, 8:14, 8:15, 8:16, 8:17, 8:18, 8:20, 8:21
**third** [4] - 5:11, 5:16, 5:21
**third-party** [2] - 5:11, 5:21
**THIS** [1] - 8:19
**TITLE** [1] - 8:14
**TO** [1] - 8:13
**today** [1] - 5:1
**TOLL** [1] - 2:12
**Toll** [1] - 4:13
**TRANSCRIPT** [4] - 1:16, 8:15, 8:17, 8:19
**trial** [1] - 6:17
**TRUE** [1] - 8:14
**TUESDAY** [2] - 1:19, 4:1
**Tyco** [1] - 4:6
**TYCO** [3] - 1:12, 2:16, 8:8

### U

**understood** [2] - 6:18, 6:20
**UNITED** [6] - 1:1, 1:23, 8:12, 8:14, 8:18, 8:21

### V

**vacuum** [1] - 6:23
**Valper** [1] - 4:10
**view** [2] - 5:24, 6:24

**vs** [3] - 1:10, 4:6, 8:7

### W

**WESTERN** [1] - 1:3
**WITH** [2] - 8:17, 8:20

### Y

**yesterday** [3] - 5:1, 5:10, 5:25
**YORK** [1] - 2:7